# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Doe, et al. v. Noem

Case Number: 25-cv-15483

An appearance is hereby filed by the undersigned as attorney for:

Aung Doe; Nina Doe; Thura Doe; Khin Thet Doe; Chu Let Doe; Maung Doe

Attorney name (type or print): June Htun

Firm: The Law Offices of June J. Htun

Street address: 3643 West Belmont Avenue

City/State/Zip: Chicago, IL 60618

Bar ID Number: 6296775
(See item 3 in instructions)

Telephone Number: (773) 362-5000

Email Address: june@htunlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/19/2025

Attorney signature: S/ June Htun
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023