IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Aung DOE, Nina DOE, Thura DOE, Khin Thet DOE, Chu Let DOE, and Maung DOE, on their own behalf and on behalf of others similarly situated,<br><br>                          *Plaintiffs*,<br>     – versus –<br>Kristi NOEM, Secretary, United States Department of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>                          *Defendants*. | **Case No.** 25-cv-15483 |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND MAINTAIN THE FILED DESIGNATION SHEET UNDER SEAL**

      Plaintiffs, Aung DOE, Nina DOE, Thura DOE, Khin Thet DOE, Chu Let DOE, and Maung DOE, by and through their attorneys listed herein, respectfully move this Court for leave to proceed under pseudonyms in all public filings in this action to protect their identities from public disclosure and to maintain the filed non-pseudonymous designation sheet (i.e. civil cover sheet) under seal. Counsel for the Defendants consents to this motion.

      Plaintiffs seek leave to proceed as 'Aung DOE, Nina DOE, Thura DOE, Khin Thet DOE, Chu Let DOE, and Maung DOE' in public filings and to file a designation sheet disclosing their true names under seal, as required by Local Rule 3.1. Plaintiff will comply with Local Rule 26.2 and Local Rule 5.8 for sealed filings and Local Rule 7.1 for page limits.

Plaintiffs' accompanying Memorandum of Law sets forth Plaintiffs' facts and the controlling Seventh Circuit and Northern District of Illinois authority establishing good cause for this request, including recent decisions clarifying when anonymity is appropriate.

For the reasons stated in the accompanying Memorandum of Law, Plaintiffs respectfully request that this Court grant their Motion for Leave to Proceed under Pseudonyms and Maintain the Filed Designation Sheet under Seal and provide the requested relief.

**DATE: December 22, 2025**

**Respectfully submitted,**

ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
/s/ *Dinesh McCoy*
Dinesh McCoy*
Phi Nguyen*
Razeen Zaman*
Helen Anne Schutz Lo*
Niji Jain*
99 Hudson Street, 12th Floor
New York, NY 10013
dmccoy@aaldef.org
pnguyen@aaldef.org
rzaman@aaldef.org
alo@aaldef.org
njain@aaldef.org

THE LAW OFFICES OF JUNE J. HTUN
/s/ *June Htun*
June Htun
3643 West Belmont Avenue
Chicago, Illinois 60618
(773) 362-5000
june@htunlaw.com

INTERNATIONAL REFUGEE ASSISTANCE PROJECT
/s/ *Guadalupe Aguirre*
Guadalupe Aguirre*
Ghita Schwarz*
Pedro Sepulveda*
One Battery Park Plaza, Fl 33
New York, NY 10004
(929) 246-0154
laguirre@refugeerights.org
gschwarz@refugeerights.org
psepulveda@refugeerights.org

Megan Hauptman
650 Massachusetts Ave NW
Suite 600
Washington, D.C. 20001
(646) 939-7329
mhauptman@refugeerights.org