# EXHIBIT 1

## DECLARATION OF AUNG DOE

I, Aung Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Burma in 1972. I am a national of Burma.

2. I currently live in Chicago, Illinois. I have lived in Chicago since 2007.

3. I am a religious leader who is active in my community. I help teach courses and lead ceremonies for different special occasions.

4. I came to Chicago in 2007 to help teach religious courses.

5. In January 2022, I obtained Temporary Protected Status (TPS) as a Burmese national. My TPS status will expire on January 26, 2026, as a result of the termination of Burma's TPS designation.

6. TPS is currently my only form of protection from deportation.

7. I have also applied for a visa as a religious worker. That application is pending. It is very important that I maintain my TPS status until that application is adjudicated. If I fall out of status, I will lose my eligibility for a visa application that is open and pending.

8. I have been fearful about my future since learning that the government plans to terminate TPS for Burma soon. I am afraid for my safety each time I leave home due to the significant ICE presence in the Chicagoland area and what that could mean for me if I am out of status. Typically, as a religious leader, members of my community invite me to their homes and business for prayers and blessings, but as of late, I have declined those invitations and tried to remain at home as much as possible.

9. I will suffer significant hardship if TPS is terminated.

10. I cannot return to Burma because I would be persecuted there. During my time in the United States, I have spoken out against the military regime, including in widely attended remarks criticizing the violent approach used by the regime to suppress peaceful demonstrations. In this statement, I questioned whether the military's actions were ethical. Because of this public criticism of the regime, I fear for my safety if I were to return to Burma.

11. I also fear being targeted by the military regime because of my philanthropic work. I was active in fundraising work to support victims of Burmese natural disasters, and my leadership role in seeking donations was publicized in the media. In Burma, fundraising work like this is seen as going against the regime.

12. My fears are based on recent experiences of other Burmese individuals. Recently, another religious leader from Burma who had been living in the United States returned to Burma to visit. He was immediately arrested and detained by the military due to his involvement in advocacy around Burmese rights. He was ultimately released due to the fact that he is a U.S. Citizen. As I am not a citizen, I would have no chance of being released. Therefore, my life would be in danger if I were sent back to Burma.

13. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice. My community in Chicago would also be impacted by my abrupt departure. Without me, the community would not be able to attend worship services or religious teachings, nor have a spiritual leader available to provide blessings for important life events, including weddings, births, funerals.

14. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Burmese TPS recipients.

15. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Burmese TPS recipients. I understand what being a class representative means.

16. I want to help everyone in my situation because as a spiritual leader, I believe it is my responsibility to advocate for my community. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

17. I am providing this declaration anonymously because I fear for my safety, both in the U.S. and if I were made to return to Burma.

18. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for arrest by ICE, especially as ICE has been particularly aggressive and hostile in the Chicago area.

19. I also have heard in the news about organizations in the U.S. publishing on the internet names and personal information of people who criticize the current presidential administration. I am afraid this could happen to me and put my life in danger.

20. I also fear that if my real name becomes public in this lawsuit, I would be in danger if forced to return to Burma. As I explained above, I would be targeted for harm in Burma because of my advocacy against the Burmese military regime as well as my work to support Burmese people living in poverty.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Chicago, IL on December 17, 2025.

<u>/s/ Aung Doe</u>

Aung Doe