# EXHIBIT 2

## DECLARATION OF NINA DOE

I, Nina Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Burma in 1992. I am 33 years old, and I am a national of Burma.

2. I currently reside in Kansas with my husband and 13-month-old daughter. My husband and daughter are both U.S. citizens.

3. I am a Burmese national and have been a TPS holder since January 2023. TPS is my only form of immigration status.  It allows me to work, care for my family, continue my humanitarian work safely, and live without daily fear of detention and deportation.

4. I came to the United States in August 2021 on a Fulbright scholarship to study social work at the University of Kansas.

5. Just months before I came, Burma had endured a violent coup in February 2021. Although I was physically away, I could not escape the trauma and brutality I had witnessed. Even as I tried to process my own experiences, I felt deeply connected to the suffering of others. I earned a Master's degree in Social Work in May 2023. During my studies, I devoted roughly 24 hours a week for about a year volunteering at the 988 Suicide & Crisis Lifeline, offering critical support to people in urgent need. When my J-1 status expired, TPS became the only way I could remain in this country legally, allowing me to continue my life and work supporting vulnerable communities both here and abroad.

6. Since August 2023, I have worked full time as a long-term caseworker for refugees at a nonprofit organization in Kansas City. I serve people who have fled war, persecution, and sexual violence. Many arrive carrying trauma that has not yet found language. My role is to help them navigate safety, dignity, and the possibility of a future.

7. I am able to do this work because I understand fear from the inside. My clients sense this. They trust me not because I am distant or professional, but because I am present. When I took maternity leave, many asked repeatedly when I would return. That trust is something I carry with great care.

8. Before coming to the United States, I lived through and witnessed violence, ongoing repression, and the quiet, constant fear that shapes daily life. I am ethnically Shan, Intha, and Punjabi—all are minority groups in Burma. Because of my father's Punjabi ethnicity, my family experienced lifelong discrimination, including difficulty obtaining basic identity documents. From a young age, I learned that ethnicity in Burma can determine whether you are safe, whether you belong, and whether you have a future.

9. I became a medical doctor in 2015. I chose to work in places others avoided. I worked with Doctors Without Borders and the United Nations Population Fund in conflict-affected regions, including Northern Rakhine and Kachin State. I treated women and girls who had been raped by the military. I provided medical care, psychological support, and presence, often the only thing left to offer in moments of unbearable loss.

10. For approximately five years, I worked closely with Rohingya communities who were subjected to systematic persecution and genocide by the Burmese military. I treated women and girls who had been raped with extreme violence, trained local doctors and community workers in human rights and emergency care. In Kachin State, I helped establish a delivery room and trained frontline medical staff so women would not have to give birth unseen or unprotected.

11. This work had placed me at great personal risk. Medical professionals, particularly those assisting displaced people or minority communities, were increasingly targeted, interrogated, arrested, and disappeared. After the military coup in February 2021, doctors and medical volunteers were specifically hunted by the military.

12. After the coup in February 2021, I participated in peaceful protests in Myitkyina, Kachin State. In April 2021, I was at a protest where the military began shooting and killing protesters. I attended protests despite extreme fear because I believed it was necessary to resist military rule. I believed that silence would make me complicit and I wanted the world to see that the people of Burma did not accept the regime. I did not fully understand at first the scale of the brutality that would follow.

13. In 2021, my sister's ex-boyfriend was killed by the military. Our family was forced to identify his body at a cemetery while soldiers stood nearby and removed the covering on his face. This experience permanently traumatized me and confirmed what we already knew: the military kills openly, without restraint or consequence.

14. Over time, the amount of violence I witnessed became unbearable. I experienced suicidal ideation and felt overwhelmed by grief, fear, and hopelessness. It felt impossible to exist in a world where brutality was constant and accountability nonexistent.

15. Because of my work, my political opposition, and my support for displaced communities, I became known to the military. While I was studying in the United States, soldiers went to my parents' home twice. They asked about my whereabouts and activities. On one occasion, a soldier told my sister, "I know what your sister has been doing." That sentence made clear that I was being watched, and that my family was at risk because of me.

16. In February 2022, a close childhood friend was arrested by the military. Around the same time, the military began arresting people who had sent money to displaced communities and resistance groups. From the United States, the only way I could support my colleagues and the communities I had served was by sending money. I regularly sent funds to frontline doctors, medical workers, and displaced populations.

17. In September 2022, the military froze my bank account. Neither I nor my family can access it. This act confirmed that the military regime knows who I am and considers me an enemy. It was a warning. If I return, arrest is not a possibility—it is an inevitability.

18. I have publicly supported humanitarian efforts in Burma and am identifiable to the authorities through my work and public support for humanitarian causes. If I were forced to return, I believe I would be detained immediately at the airport or shortly thereafter. I know people whose passports were confiscated, who were detained upon arrival, and who were sent to interrogation camps.

19. As a woman, I also fear sexual violence in detention. Reports of sexual abuse of women in military custody are widespread and well-documented. Even outside detention, daily life in Burma requires constant identification at checkpoints. Given my background and frozen bank account, I would be easily identified and detained.

20. My family would also be at risk. The military has already surveilled and threatened my family. Simply being related to me exposes them to retaliation.

21. My passport expired in November 2024. The Burmese military regime will not renew it. That means that if I was deported, I would be trapped inside Burma and unable to leave. The freezing of my bank account is a clear signal that the Burmese military regime is already targeting me.

22. Losing TPS would destroy my family's stability. I would face detention and deportation to a country where my life is in danger. I would be separated from my U.S.-citizen husband and infant daughter. Our household depends on both my income and my caregiving. I cannot take my daughter to a country ruled by a military that commits violence with impunity, nor can I leave her behind.

23. I cannot adjust my status through marriage because my J-1 visa carries a two-year home residency requirement. Although I applied for a waiver, the government has stopped adjudicating these applications. I have no alternative relief. TPS is the only protection standing between my family and catastrophe.

24. Termination of TPS would also end my work authorization. I would lose my ability to serve refugees, many of whom are survivors of extreme violence, and I would lose my ability to support displaced people in Burma who depend on me.

25. Beyond my professional work, my husband and I regularly volunteer by cooking at a local men's shelter, and losing TPS would force me to stop contributing to this vital community. Ending my status would not only take away my livelihood but also prevent me from continuing the meaningful work that directly impacts the lives of vulnerable people both here and abroad.

26. The threat of losing TPS has caused me severe emotional and physical distress. I live in constant fear of detention and deportation, and separation from my daughter. I experience heart palpitations, exhaustion, and difficulty concentrating. My body remains tense in public spaces. News of immigration arrests reawakens the terror I once lived with under military rule.

27. The government's announcement provided only two months' notice of TPS termination. This is not enough time to prepare for forced family separation, detention, or deportation to a place where my life is at risk. I previously sought therapy for suicidal thoughts related to my trauma. Those thoughts are now returning. Therapy cannot protect me from persecution or erase the reality of what awaits me in Burma.

28. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Burmese TPS holders who face the same dangers.

29. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Burmese TPS recipients. I understand what being a class representative means.

30. I want to help everyone in my situation and feel a moral obligation to stand with my community. I have devoted my life to helping people survive violence, displacement, and loss—first in Burma at great personal risk, and now in the United States. Burmese TPS holders are being told that in less than 60 days that we are going to be forced to return to a regime that arrests, tortures, and kills its own people. I have never turned away from suffering. I will not do so now.

31. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

32. I am providing this declaration anonymously because I fear for my safety and for that of my family.

33. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement.

34. I am also worried that participating in this lawsuit could bring me to the attention of local law enforcement. The political climate in Kansas is very anti-immigrant. I am afraid that, if my name is public as part of this lawsuit, I will be targeted by local law enforcement and turned over to immigration officials.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Kansas City, KS

December 18, 2025


/s/Nina Doe