# EXHIBIT 3

## DECLARATION OF THURA DOE

I, Thura Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Myanmar (Burma) in 1997. I am a national of Burma.

2. I currently live in Boston, Massachusetts, where I have resided since July 2024.

3. I specialize in early childhood education and have been working with pre-K and kindergarten students since graduating college in December 2021. I currently work as an early childhood learning specialist at Boston Public Schools, where I support both students and educators. The student population at my school is majority English language learners, so a focus of my work is supporting multilingual learners in various grade level classrooms. I also support teachers of students with moderate learning disabilities in various grade level classrooms. Reaching this position took years of training in education and work experience as a teacher.

4. I am proud to serve the needs of public-school children and value giving back to my community. I have dedicated hundreds of hours to community service projects in the past and have even been awarded for my significant volunteer services. But under this administration, I am fearful about the risks of putting myself out in the community. ICE has been present in the neighborhoods where I live and work and has detained people that live in my neighborhood, including people with valid documentation.

5. I came to the United States in August 2017 to pursue my undergraduate degree in Oklahoma on an F-1 visa. After graduating with a bachelor of science in education in 2021, I obtained a job as a pre-K and kindergarten teacher at Title I schools in Texas. In 2024, I moved to Boston to obtain my master's degree in education. While I was an undergraduate student, I became very involved in advocacy work to support human rights, religious tolerance, and democracy in Burma following the military coup.

6. I registered for Temporary Protected Status (TPS) as a Burmese national in December 2021. My TPS status will expire on January 26, 2026, as a result of the termination of Burma's TPS designation.

7. TPS is currently my only form of protection from deportation and detention. It is also the only source of work authorization that I currently have.

8. I filed an application for asylum in May 2025, but that application is still pending. Along with my asylum application, I also applied for work authorization (EAD) in October 2025, but that application has not been approved yet either.

9. I have a lot of anxiety about my future since learning that the government plans to imminently terminate TPS for Burma. It has taken a toll on my emotional and mental health, which also impacts my physical wellbeing. For example, I at times have a hard

time eating and sleeping and have lost weight. I also feel as though I can't show up 100% at work or in my personal life because of how this news is affecting me.

10. If I lose TPS, I will no longer be able to work and support myself or be able to renew my driver's license. I will also have no legal protections from detention or deportation. Even though I have an asylum application pending, the administration recently announced that it will stop processing asylum applications for people from Burma.

11. I cannot return to Burma because I believe there is a high likelihood I would be immediately detained and either held indefinitely or extorted for money and information about my family or others who work with me on advocacy for democratic governance in Myanmar. My family has ties to members of the former National League for Democracy (NLD) Party that stewarded the democratic transition in Myanmar and was forcibly dissolved after the military coup. This has put them at risk of arrest and other retaliatory conduct by the military regime. Because of these risks, my family was temporarily displaced from their home for several months.

12. In addition to my family's political activities, I am also worried that my own political advocacy in the United States would put me in danger in Burma. I have been outspoken in my criticism of the Burmese military regime and in my support of the Burma Unified through Rigorous Military Accountability (BURMA) Act of 2022. Some of my friends who have returned to Burma were immediately detained upon their arrival. While some have been released, they are not allowed to leave the country; and others are still in detention.

13. I also fear persecution in Burma on account of my sexual identity. Homosexuality is a crime in Burma, so I fear being detained not only for my political activism and family ties but also for my open bisexuality and advocacy on behalf of LGTBQ communities.

14. Besides the consequences for me if I lose TPS, I also worry about the impact on the students and teachers I currently support if I am no longer able to offer my education services.

15. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice. Even though I have a pending asylum application, my understanding is that neither my asylum application nor work authorization may be approved in time, and I will lose legal status and the ability to work after January 26, 2026.

16. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Burmese TPS recipients.

17. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Burmese TPS recipients. I understand what being a class representative means.

18. I want to help everyone in my situation because I have always been drawn to public service and have significant experience advocating on behalf of marginalized communities, including those repressed under the current Burmese military regime. I see this as another opportunity to continue to fight for civil and human rights. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

19. I am providing this declaration anonymously because I fear for my safety and for that of my family in Myanmar.

20. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and arrested by ICE. I am also afraid that USCIS will not adjudicate my pending EAD application.

21. I also fear potential retaliation by the Burmese military regime. Specifically, I worry that the Burmese military regime may not renew my Burmese passport after it expires in 2027. I have heard that this is something that has happened to Burmese advocates who have spoken out against the military regime across the world.

22. I also have heard in the news about organizations in the U.S. publishing on the internet names and personal information of people who criticize the current presidential administration. I am afraid this could happen to me and put my life in danger. While a student at Harvard, I already experienced anti-immigrant harassment, which I believe to have been based on my appearance and presumed political ideology, and do not want to be further targeted.

23. I also fear that if my real name becomes public in this lawsuit, I will be in even greater danger if I were forced to return to Burma. Additionally, this would add more risk to my family who is already on the Burmese military junta's targeted watch list and vulnerable to arbitrary arrest.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Boston, Massachusetts on December 17, 2025.

_____
THURA DOE