# EXHIBIT 4

# DECLARATION OF KHIN THET DOE

I, Khin Thet Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Burma in 1993. I am a national of Burma.

2. I currently live in Southern Illinois in a small town. I have lived in Illinois since I moved to the United States in 2021.

3. I live with my husband and my two dogs. I do not have other family in the United States.

4. I am ethnically Karen and Chin, which are two minority ethnic groups in Burma. I am also Christian and regularly attend church in my community.

5. After I completed a master's degree in economics, I began working remotely for a non-profit that focuses on development and healthcare programs internationally. In my role, I coordinate mainly with local NGOs who work on the Asian and Eurasian portfolio, and work on issues related to countries including Cambodia, Burma, Afghanistan, and Armenia.

6. My husband and I met in Southern Illinois. We have been together for four years and got married this year in March 2025.

7. I currently support my family in Burma with my income. I send money every month to my parents, who are both retired. I cannot send the money through the bank because it will be flagged for suspicion and the junta may ask questions about my identity, so I send it through another method arranged by someone my parents know.

8. I came to the U.S. in June 2021 as part of a U.S.-sponsored scholarship program. I had been working previously in Burma in a job related to foreign investment and working with numbers, and I applied for the scholarship to get more experience and study economics.

9. My graduate studies began shortly after the coup in 2021. I had hoped that things in Burma would get better, but the military started to be harsher toward protesters and the opposition.

10. After the coup, I was involved in protests to advocate for democracy. My roommate at the time in Burma was also involved. At first, the protests were peaceful, and I was comfortable to participate. But then the military started to be more violent toward the protesters, and it became more dangerous for me to be involved.

11. My roommate was involved in an underground protest group and signed up to be a volunteer with the group. She would help organize group meetings, and other friends of mine and people in my immediate community were part of the group. Around March or

April 2021, a military truck came to my neighborhood and the military took my roommate and other friends. I was not a volunteer with the group at the time and was not detained. I left the apartment and never returned, but there were many documents and photos in the apartment that would identify me and connect me to my roommate. My roommate was released only after more than two years of detention.

12. I also have a tattoo on my arm of a three-finger salute. The tattoo is a symbol of the resistance to the military after the coup. I am scared that because I have this tattoo, the junta could identify me, and I have heard that people with this tattoo have been targeted and tortured.

13. In November 2022, I registered for Temporary Protected Status (TPS) as a Burmese national. I got my TPS status in April 2023. My TPS status will expire on January 26, 2026, as a result of the termination of Burma's TPS designation.

14. TPS is currently my only form of protection from deportation. It is also the only source of work authorization that I currently have.

15. I also have a pending application for a J-1 waiver to adjust my status, based on fear of persecution in Burma because of my political activities and association with political activists.

16. I first heard the announcement about the termination of TPS for Burma when I visited the USCIS website.

17. I have been afraid about my future and my family's future since learning that the government plans to imminently terminate TPS for Burma. Losing TPS will place me in an impossible position. I also do not feel safe to leave the United States, because currently Burma is subject to an entry ban for the United States, and I will not be able to safely return to the United States. This has been extremely difficult emotionally.

18. If I lose TPS, I will be unable to work and support my family in the United States and in Burma. My parents rely on my support financially for all their basic needs, and I don't know what they will do without me sending money to them.

19. I cannot return to Burma because it is not safe for people who have opposed the junta. That is true even for people who have been living in the U.S. I know of people who went back to Burma after participating in a protest to support democracy in Burma in Washington D.C., and the military junta somehow knew about the protest and detained them.

20. I am afraid of being separated from my spouse, who is a U.S. citizen. We have built a life together in Illinois, and it would be devastating to be forced away from him. If I apply for adjustment of status while I'm out of the country, it may be harder.

21. I also am worried that I won't be able to see my family in Burma, because if I am forced to go back, I may be arrested because of my political involvement and my association with other people who were involved in protests.

22. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice. I do not know what I will do, and I am trying to quickly come up with an emergency plan.

23. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are TPS recipients from Burma.

24. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Burmese TPS recipients. I understand what being a class representative means.

25. I want to help everyone in my situation because I care about my entire community and all people from Burma with TPS. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

26. I am providing this declaration anonymously because I fear for my safety and for that of my family.

27. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I will face consequences related to my pending immigration application or be targeted by ICE.

28. I also fear that if my real name becomes public in this lawsuit, my family and I will be in danger if my information is revealed to the military junta in Burma. The junta already likely knows about me and could detain me if I go back to Burma. In addition, the junta follows news of what is happening in the U.S., and being part of this lawsuit that may be perceived as critical of the military could create serious risks of harm coming to me or my family.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Southern Illinois on 12/17/25

_/s/Khin Thet Doe_____