# EXHIBIT 5

**DECLARATION OF CHU LET DOE**

I, Chu Let Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Burma. I am in my early 40s. I am a national of Burma.

2. I currently live in Triangle region, North Carolina with my two children. I have lived in North Carolina since I came to the United States in 2021.

3. I work as a chef in a sushi restaurant. I am the sole breadwinner for my two children, as well as my parents and grandparent who still live in Burma.

4. I am involved in Burmese and American communities here in North Carolina. In helping to organize fundraising events for humanitarian aid in Burma, I have had the chance to chance to connect with American communities by sharing Burmese food and culture.

5. I had a long history of political advocacy on behalf of religious minorities and youth in Burma, and when the coup happened, I was immediately targeted by the military. Not long after the coup, dozens of police officers came looking for me and my family at my home. The United States Embassy helped me secure a safe house in Burma to hide from the military junta, and while I was hopeful things would get better in the weeks that followed, they only got worse. I knew we had to leave the country for our safety. My children and I fled Burma in March of 2021 and came to the United States on humanitarian parole that May.

6. I registered for Temporary Protected Status (TPS) as a Burmese national in late 2023, as did my two children. My TPS status will expire on January 26, 2026, as a result of the termination of Burma's TPS designation.

7. TPS is currently my only form of protection from deportation for myself and my children. It is also the only source of work authorization that I currently have. I have work authorization because of my asylum case.

8. I applied for TPS in part because I submitted an application for asylum in 2022, which is still pending. I was advised that the asylum process would take a long time, and I have not yet been scheduled for an interview. Now, I understand that my asylum application has been put on hold and will not provide me with any legal status once my TPS status expires. My children are also at the same stage in the asylum application process and face losing status when TPS expires.

9. I first heard the announcement about the termination of TPS for Burma on social media. I did not know from the post when TPS would end.

10. Thinking about what will happen to me and my family once TPS expires has been causing stress and fear. I thought I would have more time to prepare for the termination of TPS, based on my understanding of how TPS designations have been extended or ended in the past. Now, I have to think about what is means to live in the United States

without legal status. Even though I have a pending asylum application, I do not feel safe. I am fearful that ICE will now have the chance to arrest me.

11. My family will suffer significant hardship if TPS is terminated. I support both my children here in the United States and three family members in Burma. Once I lose the ability to work, I will no longer be able to support my family financially.

12. As the primary caretaker for my children, I am concerned about being separated from them. If I or they are forced to leave the United States, I am worried about where they will go and whether they will be able to continue their education. I thought they would continue to have protection from their pending asylum applications, but I understand that is no longer the case.

13. I cannot return to Burma because I know I will be immediately targeted for arrest by the military junta due to my history of political activism. My family in Burma has already been forced to sell their businesses and stop working in order to lay low and avoid attracting attention. I know that living and working in Burma will not be a viable option for me.

14. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice.

15. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Burmese TPS recipients.

16. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Burmese TPS recipients. I understand what being a class representative means.

17. I want to help everyone who faces the loss of TPS status because I care deeply about the welfare of people who were forced to flee after coup, many of whom are religious minorities or fellow activists like myself. I know that many others have had similar experiences to myself and that we now share the same risks of family separation, arrest, and detention—both here and in Burma. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

18. I am providing this declaration anonymously because I fear for my safety and for that of my family.

19. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized for immigration enforcement. North Carolina recently experienced a wave of immigration raids, and I am afraid that, if my name is public as part of this lawsuit, I will be targeted by local law enforcement and turned over to immigration officials.

20. I am also concerned about judgment from the broader Myanmar community, and I don't want my children to receive any threats or experience retaliation due to my participation in this lawsuit.

21. I also have heard in the news about organizations in the U.S. publishing on the internet names and personal information of people who criticize the current presidential administration. I am afraid this could happen to me and this could put my family's lives in danger.

22. I also fear that if my real name becomes public in this lawsuit, me and my family will be in danger if we were forced to return to Burma. I know that my past history of political advocacy already made me a target of the Burmese military junta, and public knowledge of my participation in this lawsuit would only increase the risk of retaliation against me, my family, and the organizations I used to be a part of in Burma.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                      Executed in Triangle region, North Carolina

                                      12/18/2025

                                        <u>/s/Chu Let Doe</u>

                                        CHU LET DOE