# EXHIBIT 6

**DECLARATION OF MAUNG DOE**

I, Maung Doe, upon my personal knowledge, hereby declare as follows:

1. I was born in Burma in 1997. I am a national of Burma.

2. I currently live in Iowa City, Iowa, where I have lived for three years.

3. I currently work in IT support at a university.

4. I practice Buddhism and Transcendental Meditation, and I am active in the meditation community in my city.

5. I first came to the United States in 2016 as a student on an F-1 visa. I attended college in Kentucky and then went on to complete my master's degree in Iowa. I needed to leave Burma to pursue my education because the educational system there is so poor.

6. The coup took place while I was still in college, and I became involved in student organizing and advocacy for democracy and human rights in Burma. I stayed involved in Burmese student advocacy throughout my graduate studies and still contribute to the organizing as a researcher.

7. I received Temporary Protected Status (TPS) as a Burmese national in January 2022. My TPS status will expire on January 26, 2026, as a result of the termination of Burma's TPS designation.

8. In July 2025, I applied for asylum but have yet to be assigned a hearing date. I understand that the administration is not allowing asylum applications from Burma to move forward right now, so TPS is currently my only form of protection from deportation. It is also the only source of work authorization that I currently have.

9. I have not received any communication from U.S. Citizenship and Immigration Services (USCIS) notifying me that TPS for Burma will be terminated in January 2026.

10. I have been terrified about my future since learning that the government plans to imminently terminate TPS for Burma. After I lose TPS status, I fear being detained and deported. I have experienced inconsistencies and delays with the United States immigration system in the past and worry about what will happen when TPS is terminated. In my experience, it is hard to get updates from the government on immigration matters. When my OPT work authorization was delayed a few years ago, USCIS would not respond to my request for updates, and I had to ask my state representative to help intervene on my behalf.

11. I am also fearful about retaliation from the Burmese military junta if I am forced to return. When I first became involved in Burmese student organizing, I was publicly

associated with an advocacy group online. We had to remove our names and pictures from the website due to safety concerns both for ourselves and for our family members in Burma.

12. I will suffer significant hardship if TPS is terminated.

13. If I lose TPS, I will no longer be eligible to work. Without work authorization, I will not be able to support myself financially, and I will not be able to renew my driver's license. After completing 7.5 years of higher education in the United States, I will have no pathway to continue the career aspirations that I invested significant time, resources, and sacrifice into here.

14. I cannot return to Burma because my family there continues to experience discrimination, lack of safety, and instability. My parents must regularly escape to Thailand when conditions become too unsafe for them in Burma. As an ethnically Nepali family, we are routinely profiled under a regime that discriminates against people with darker skin under the assumption that we are Rohingya.

15. I do not have enough time to prepare for the termination of TPS and make alternative plans because the government only announced the termination with two months' notice.

16. I am willing to serve as a class representative on behalf of those who are similarly situated to me who are Burmese TPS recipients.

17. I know that if the class is certified, I will be representing more than just myself in this case. I will be representing the interests of other Burmese TPS recipients. I understand what being a class representative means.

18. I want to help everyone in my situation because I have seen the way the U.S. government canceled TPS despite Burma's country conditions not improving, and I do not think it is fair, especially because we were not provided enough time to prepare for anything. I want to help everyone who is impacted by this. Also, in my experience as an ethnic minority in Burma and also through my advocacy work, I know the risks and danger that our community faces in returning to Burma and I want to stand up to protect my community. I am willing to be actively involved in this lawsuit as a class representative and to work with my attorneys to help all of the class members.

19. I am providing this declaration anonymously because I fear for my safety both in the United States and Burma.

20. I know that I may soon lose my immigration status if TPS is terminated. I am afraid that if my name is publicized as part of this lawsuit, I may be targeted and prioritized by ICE for immigration enforcement.

21. I am worried that participating in this lawsuit could bring us to the attention of local law enforcement. I have fears about immigration enforcement when I've had to visit state offices like the DMV. I am afraid that, if my name is public as part of this lawsuit, I will be targeted by local law enforcement and turned over to immigration officials.

22. I also have heard in the news about organizations in the U.S. publishing on the internet names and personal information of people who criticize the current presidential administration. I am afraid this could happen to me and this could put me and family in danger.

23. I also fear that if my real name becomes public in this lawsuit, I will be in danger if I were forced to return to Burma. I would be targeted for harm by the junta in Burma and fear being detained on arrival because of my involvement in student organizing and advocacy for human rights and democracy in Burma.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Iowa City, IA on December 17, 2025.

/s/ Maung Doe

MAUNG DOE