UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Aung DOE; Nina DOE; Thura DOE; Khin Thet DOE; Chu Let DOE; and Maung DOE, on their own behalf and on behalf of others similarly situated, <br><br> *Plaintiffs*, <br><br> – versus – <br><br> Kristi NOEM, Secretary, United States Department of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA, <br><br> *Defendants*. | Case No. 1:25-cv-15483 |

**MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION**

Plaintiffs Aung Doe, Nina Doe, Thura Doe, Khin Thet Doe, Chu Let Doe, and Maung Doe are six Burmese nationals at risk of imminently losing their immigration status on January 26, 2026, due to Defendants' abrupt termination of Temporary Protected Status ("TPS") for Burma. On behalf of themselves and others, by and through their attorneys, Plaintiffs respectfully move pursuant to 5 U.S.C. § 705 of the Administrative Procedure Act to postpone the effective date of Defendants' termination of Burma's TPS, currently set for January 26, 2026.

In order to safeguard the rights of Plaintiffs and other class members, Plaintiffs respectfully request that the Court issue an order, no later than January 26, 2026, postponing the effective date of Defendants' termination of Burma's TPS. Plaintiffs further request that the postponement remain in effect until the Court resolves whether Defendants' termination of

1

Burma's TPS is unlawful. Absent such an order, Defendants' termination of TPS for Burma will take effect on January 26, 2026.

This Motion is based on Plaintiffs' Memorandum of Law in Support of Motion to Postpone Agency Action, dated December 22, 2025, supporting Exhibits 1–66, and all prior filings in this case.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this motion be granted.

**REQUEST FOR ORAL ARGUMENT**

If oral argument would assist the Court in resolving this motion, Plaintiffs stand ready for argument at the Court's convenience.

Dated: December 22, 2025

Respectfully submitted,

| | |
|---|---|
| ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND | THE LAW OFFICES OF JUNE J. HTUN |
| /s/ *Dinesh McCoy* | /s/ *June Htun* |
| Dinesh McCoy* | June Htun |
| Phi Nguyen* | 3643 West Belmont Avenue |
| Razeen Zaman* | Chicago, Illinois 60618 |
| Helen Anne Schutz Lo* | (773) 362-5000 |
| Niji Jain** | june@htunlaw.com |
| 99 Hudson Street, 12th Floor | |
| New York, NY 10013 | INTERNATIONAL REFUGEE ASSISTANCE PROJECT |
| (212) 966-5932 | /s/ *Guadalupe Aguirre* |
| dmccoy@aaldef.org | Guadalupe Aguirre** |
| pnguyen@aaldef.org | Ghita Schwarz** |
| rzaman@aaldef.org | Pedro Sepulveda** |
| alo@aaldef.org | One Battery Park Plaza, Fl 33 |
| njain@aaldef.org | New York, NY 10004 |
| | (929) 246-0154 |
| | laguirre@refugeerights.org |
| | gschwarz@refugeerights.org |

psepulveda@refugeerights.org

Megan Hauptman**
650 Massachusetts Ave NW
Suite 600
Washington, D.C. 20001
(646) 939-7329
mhauptman@refugeerights.org

*Counsel for Plaintiffs*

*\*Application for admission Pro Hac Vice pending*

*\*\*Application for admission Pro Hac Vice forthcoming*

3