**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Aung DOE; Nine DOE; Thura DOE; Khin Thet DOE; Chu Let DOE; and Maung DOE, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>– versus –<br><br>Kristi NOEM, Secretary, United States Department of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-15483 |

**EXHIBIT LIST TO PLAINTIFFS'
MOTION FOR POSTEPONEMENT OF EFFECTIVE AGENCY ACTION
AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

| Exhibit No. | Description |
|---|---|
| 1 | "Temporary Protected Status: Steps Taken to Inform and Communicate Secretary of Homeland Security's Decisions" (Apr. 2020). |
| 2 | "TPS Terminations and Orderly Transition Periods Prior to Current Administration." This document was initially submitted as an exhibit in the matter of *National TPS Alliance v. Noem* and is available on the public docket for said matter. No. 3:25-cv-005687-TLT, Dkt. No. 28 (N.D. Cal. 2025). |
| 3 | Certified transcript of January 15, 2025, confirmation hearing of Secretary Kristi Noem. This certified transcript was initially submitted as an exhibit in the matter of *National TPS Alliance v. Noem* and is available on the public docket for said matter. No. 3:25-cv-005687-TLT, Dkt. No. 18-14 (N.D. Cal. 2025). |
| 4 | New York Times article, "Vance Vows an End to Programs for Legal Immigrants" (Oct 22, 2024). |
| 5 | New York Times article, "Sweeping Raids, Giant Camps, and Mass Deportations: Inside Trump's 2025 Immigration Plans" (Nov. 11, 2023). |

| | |
|---|---|
| 6 | CNN article, "Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected" (Oct. 3, 2024). |
| 7 | Declaration of Aaron Reichlin-Melnick |
| 8 | Kristi Noem X post, dated January 29, 2025 |
| 9 | DHS press release, "Secretary Noem Rescinds Previous Administration's Extension of Haiti's Temporary Protected Status" (Feb. 20, 2025) |
| 10 | State Department Afghanistan Travel Advisory |
| 11 | State Department Cameroon Travel Advisory |
| 12 | State Department Nepal Travel Advisory |
| 13 | State Department Haiti Travel Advisory |
| 14 | State Department Honduras Travel Advisory |
| 15 | State Department Nicaragua Travel Advisory |
| 16 | State Department Venezuela Travel Advisory |
| 17 | State Department Syria Travel Advisory |
| 18 | State Department South Sudan Travel Advisory |
| 19 | State Department Ethiopia Travel Advisory |
| 20 | USCIS press release, "DHS Terminating Temporary Protected Status for Burma" (Nov. 24, 2025) |
| 21 | Office of the United Nations High Commissioner for Human Rights (OHCHR) report, "Situation of human rights of Myanmar" (June 16, 2025) |
| 22 | OHCHR press release, "Myanmar: UN expert urges ASEAN not to step backward by recognizing junta's 'sham elections' at its 47th Summit" (Oct. 22, 2025) |
| 23 | Human Rights Watch news release, "Myanmar: Elections a Fraudulent Claim for Credibility" (Nov. 16, 2025) |
| 24 | BBC article, "Myanmar's military government says it will hold elections in next year" (March 8, 2025) |
| 25 | Radio Free Asia article, "Myanmar junta announces schedule for December, January election" (March 26, 2025) |
| 26 | United States Mission to the United Nations remarks, "Remarks at a High-Level Conference on the Situation of the Rohingya Muslim and Other Minorities in Myanmar" (Sept. 30, 2025) |
| 27 | Myanmar Now article, "Myanmar nationals deported by US being held in notorious junta detention centre" (May 23, 2025) |
| 28 | State Department report, "Burma 2024 Human Rights Report." |
| 29 | U.S. Mission to International Organizations in Geneva statement, "Four Years from the Military Coup in Myanmar: Joint Statement by Australia, Canada, the European Union, the Republic of Korea, New Zealand, Norway, Switzerland, the United Kingdom, and the United States" (Jan. 31, 2025) |
| 30 | United Nations article, "Still reeling: Myanmar quakes worsen humanitarian crisis in fractured country" (June 24, 2025) |

| 31 | State Department statement, "Joint Statement by the Quad Partners on Myanmar Earthquake Response" (April 3, 2025) |
|---|---|
| 32 | United States Commission on International Religious Freedom report, "2025 Annual Report" (March 2025). |
| 33 | State Department Burma Travel Advisory |
| 34 | State Department statement, "Joint Statement from the Quad Foreign Ministers' Meeting in Washington" (July 1, 2025) |
| 35 | State Department release, "Violence in Burma" (Dec. 8, 2025) |
| 36 | State Department report, "2025 Trafficking in Persons Report: Burma." |
| 37 | United States Mission to the United Nations remarks, "Explanation of Position for UNGA 80 Third Committee Resolution: Situation of Human Rights of Rohingya Muslims and Other Minorities in Myanmar" (Nov. 19, 2025) |
| 38 | Hearing transcript in the matter of *Dahlia Doe v. Noem,* No. 1:25-cv-08686 (S.D. N.Y. 2025). |
| 39 | Email thread titled "Nicaragua DM," dated April 10, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem (NTPSA II)* with Bates Number NTSA2_00001670. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No 145-55 (N.D. Cal. 2025). |
| 40 | Email thread titled "Honduras and Nicaragua TPS," dated April 7 and 8, 2025, produced by Defendants as part of discovery in the *NTPSA II* with Bates Number NTSA2_00002566. This document was initially submitted as an exhibit in *NTPSA II* and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 145-31 (N.D. Cal. 2025). |
| 41 | Email thread titled "Honduras and Nicaragua Recommendations," dated April 8, 2025, produced by Defendants as part of discovery in *NTPSA II* with Bates Number NTSA2_00002463. This document was initially submitted as an exhibit in NTPSA II and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 145-20 (N.D. Cal. 2025). |
| 42 | Email titled "Relevant Quotes from updated Venezuela COI sources (012825)_positive improvements highlighted," dated January 28, 2025, produced by Defendants as part of discovery in the matter *National TPS Alliance v. Noem (NTPSA I)*, No. 3:25-cv-01766 (N.D. Cal 2025) with Bates Number NTSA2_000933. This document was initially submitted as an exhibit in NTPSA II and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 18-7 (N.D. Cal. 2025). |
| 43 | CNN transcript of Kristi Noem interview, dated January 29, 2025 |
| 44 | Certified transcript of Kristi Noem interview, dated March 5, 2024. This certified transcript was initially submitted as an exhibit in |

| | |
|---|---|
| | *NTPSA II* and is available on the public docket for said matter. No. 3:25-cv-05687-TLT, Dkt. No. 18-15 (N.D. Cal. 2025). |
| 45 | DHS X post, dated October 14, 2025 |
| 46 | Time article, "Trump's Department of Homeland Security Embraces a Word With Ties to White Nationalism" (Oct. 16, 2025) |
| 47 | National Immigration Forum report, "The 'Great Replacement' Theory, Explained." |
| 48 | Kristi Noem X post, dated December 1, 2025 |
| 49 | DHS X post, dated May 19, 2025 |
| 50 | New York Times article, "Trump Doubles Down on Migrants 'Poisoning' the Country" (March 17, 2025). |
| 51 | Donald Trump Truth Social post, dated November 27, 2025 |
| 52 | DHS X post, dated November 28, 2025 |
| 53 | Reuters article, "Exclusive: US diplomats asked if non-whites qualify for Trump refugee program for South Africans" (July 26, 2025). |
| 54 | New York Times article, "Trump Administration Is Said to Plan to Cut Refugee Admissions to a Record Low" (Oct. 3, 2025). |
| 55 | Declaration of Plaintiff Nina Doe |
| 56 | Declaration of Plaintiff Khin Thet Doe |
| 57 | Declaration of Plaintiff Chu Let Doe |
| 58 | Declaration of Plaintiff Maung Doe |
| 59 | Declaration of Plaintiff Thura Doe |
| 60 | Declaration of Plaintiff Aung Doe |
| 61 | Declaration of Stacy Tolchin |
| 62 | USCIS policy memorandum, "Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries" (Dec. 2, 2025). |
| 63 | Office for the Coordination of Humanitarian Affairs report, "OCHA Myanmar Humanitarian Update No. 50" (Nov. 15, 2025). |
| 64 | UNICEF report, "Myanmar" (Sept. 2025). |
| 65 | American Immigration Council report, "The Contributions of Temporary Protected Status Holders to the U.S. Economy" (September 2023) |
| 66 | DHS Office of Inspector General report, "DHS Tracking of Visa Overstays is Hindered by Insufficient Technology" (May 1, 2017) |