# Exhibit 2

# Appendix I

**TPS Terminations and Associated Orderly Transition Periods Prior to Current Trump Administration**

|   | Country | Date of Initial Designation | Date of Publication of Termination Notice | Effective Date of Termination | Orderly Transition Period | Federal Register Citation |
|---|---|---|---|---|---|---|
| 1. | Kuwait | March 27, 1991 | Jan. 24, 1992 | March 27, 1992 | *None* | 57 Fed. Reg. 2930 (Jan. 24, 1992) |
| 2. | Lebanon | March 21, 1991 | Feb. 8, 1993 | April 9, 1993 | *None* | 58 Fed. Reg. 7582 (Feb. 8, 1993) |
| 3. | Rwanda | June 7, 1994 | June 19, 1997 | Dec. 6, 1997 | 6 months | 62 Fed. Reg. 33442 (June 19, 1997) |
| 4. | Liberia | March 27, 1991 | March 31, 1998 | Sept. 28, 1998 | 6 months | 63 Fed. Reg. 15437 (March 31, 1998) |
| 5. | Liberia | Sept. 29, 1998 | July 30, 1999 | Sept. 28, 1999 | *None* | 64 Fed. Reg. 41463 (July 30, 1999) |
| 6. | Guinea-Bissau | March 11, 1999 | March 20, 2000 | September 10, 2000 | 6 months (default extension under 8 U.S.C. § 1254a(b)(3)(C)) | 65 Fed. Reg. 15016 (Mar. 20, 2000) |
| 7. | Kosovo | June 8, 1999 | May 23, 2000 | December 8, 2000 | 6 months (default extension under 8 U.S.C. § 1254a(b)(3)(C)) | 65 Fed. Reg. 33356 (May 23, 2000) |
| 8. | Bosnia-Herzegovina | August 10, 1992 | August 30, 2000 | Feb. 10, 2001 | 6 months (default | 65 Fed. Reg. 52789 |

|     |              |                   |                   |                   | extension under 8 U.S.C. § 1254a(b)(3)(C)) | (Aug. 30, 2000) |
| --- | ------------ | ----------------- | ----------------- | ----------------- | ---------------------- | ------------------------------------- |
| 9.  | Angola       | March 29, 2000    | Jan. 27, 2003     | March 29, 2003    | *None*                 | 68 Fed. Reg. 3896 (Jan. 27, 2003)     |
| 10. | Sierra Leone | Nov. 4, 1997      | Sept. 3, 2003     | May 3, 2004       | 6 months               | 68 Fed. Reg. 52407 (Sept. 3, 2003)    |
| 11. | Monserrat    | August 28, 1997   | July 6, 2004      | Feb. 27, 2005     | 6 months               | 69 Fed. Reg. 40642 (July 6, 2004)     |
| 12. | Liberia      | Oct. 1, 2002      | Sept. 20, 2006    | Oct. 1, 2007      | 12 months              | 71 Fed. Reg. 55000 (Sept. 20, 2006)   |
| 13. | Burundi      | Nov. 4, 1997      | Oct. 29, 2007     | May 2, 2009       | 18 months              | 72 Fed. Reg. 61172 (Oct. 29, 2007)    |
| 14. | Guinea       | Nov. 21, 2014     | Sept. 26, 2016    | May 21, 2017      | 6 months               | 81 Fed. Reg. 66064 (Sept. 26, 2016)   |
| 15. | Liberia      | Nov. 21, 2014     | Sept. 26, 2016    | May 21, 2017      | 6 months               | 81 Fed. Reg. 66059 (Sept. 26, 2016)   |
| 16. | Sierra Leone | Nov. 21, 2014     | Sept. 26, 2016    | May 21, 2017      | 6 months               | 81 Fed. Reg. 66054 (Sept. 26, 2016)   |
| 17. | Sudan*       | Nov. 4, 1997      | Oct. 11, 2017     | Nov. 2, 2018      | 12 months              | 82 Fed. Reg. 47228 (Oct. 11, 2017)    |
| 18. | Nicaragua*   | Jan. 5, 1999      | Dec. 15, 2017     | Jan. 5, 2019      | 12 months              | 82 Fed. Reg. 59636 (Dec. 15, 2017)    |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19. | El Salvador* | March 9, 2001 | Jan. 18, 2018 | Sept. 9, 2019 | 18 months | 83 Fed. Reg. 2654 (Jan. 18, 2018) |
| 20. | Haiti* | Jan. 21, 2010 | Jan. 18, 2018 | July 22, 2019 | 18 months | 83 Fed. Reg. 2648 (July 18, 2018) |
| 21. | Nepal* | June 24, 2015 | May 22, 2018 | June 24, 2019 | 12 months | 83 Fed. Reg. 23705 (May 22, 2018) |
| 22. | Honduras* | Jan. 5, 1999 | June 5, 2018 | Jan. 5, 2020 | 18 months | 83 Fed. Reg. 26074 (June 5, 2018) |

\* Termination did not go into effect due to litigation. *See Ramos v. Nielsen*, 709 F. Supp. 3d 871, 876-80 (N.D. Cal. 2023) (describing procedural history).