# Exhibit 4

12/16/25, 8:30 PM
Vance Vows an End to Programs for Legal Immigrants - The New York Times
Case: 1:25-cv-15483 Document #: 16-4 Filed: 12/22/25 Page 2 of 4 PageID #:305

# Vance Vows an End to Programs for Legal Immigrants

Hundreds of thousands of immigrants live and work in the United States through programs that give them temporary legal status. In the border state of Arizona, JD Vance vowed they would stop.

 Listen to this article · 3:28 min   Learn more



By Chris Cameron

Reporting from Peoria, Ariz.

Oct. 22, 2024

Senator JD Vance of Ohio, former President Donald J. Trump's running mate, escalated Mr. Trump's attacks against legal immigration on Tuesday, vowing to end programs that authorize hundreds of thousands of immigrants to live and work in the United States.

"What Donald Trump has proposed doing is we're going to stop doing mass parole. We're going to stop doing mass grants of Temporary Protected Status," Mr. Vance said at a campaign event in Peoria, Ariz. "Of course, you're going to have people fleeing from tyranny, but that happens on a case-by-case basis, not by waving the magic government wand."

Later in Tucson, Mr. Vance deflected questions from local reporters about deporting DACA recipients and restarting family separations at the border. Without specifically addressing DACA, which stands for Deferred Action for Childhood Arrivals, Mr. Vance said "we also have to deport people, not just the bad people who came into our country, but people who violated the law coming into this country. We've got to be willing to deport them."

About 864,000 immigrants have legal residency through a program known as Temporary Protected Status, which Congress created in 1990 for people fleeing war and other crises in their home countries. The program currently grants legal protection to immigrants from 16 countries, with most coming from Venezuela, El Salvador and Haiti.

This month, Mr. Trump had vowed to revoke that legal status for Haitian immigrants, who have been the target of accusations by the former president and Mr. Vance — most prominently in Springfield, Ohio. Mr. Vance's remarks on Tuesday appeared to widen that pledge, suggesting that all immigrants granted Temporary Protected Status would have to find other methods to stay in the country or face deportation. Immigrants from many of those countries would not have a clear alternative path to temporary protection.

A representative for Mr. Vance declined to comment when asked about specifics of the plan to end Temporary Protected Status.

Mr. Vance also appeared to propose the end of other parole programs that allow hundreds of thousands of immigrants to live in the United States for a short period without a visa or green card. This month, the Biden administration said it would allow one of those programs — for people from Cuba, Venezuela, Haiti and Nicaragua — to lapse, reflecting the political pressure President Biden and Vice President Kamala Harris face on immigration, and the desire to blunt attacks from Republicans on the issue in the final days before the election.

A reporter from Telemundo had asked Mr. Vance in Peoria about Mr. Trump's vow to deport Haitians living in the United States under Temporary Protected Status, and if that effort would extend to immigrants from other countries and in other migration programs. Mr. Vance again described immigrants in those programs as "illegal immigrants," even though they are in the country legally, and blamed them for rising costs and other issues.

"What Kamala Harris has done," Mr. Vance said at a factory for military equipment in Peoria, "is she has used programs that are meant to help people who are escaping tyranny, and she's used it to grant amnesty to millions upon millions of

people who have no legal right to be in the country, and that has to stop."

**Chris Cameron** covers politics for The Times, focusing on breaking news and the 2024 campaign.