# Exhibit 6

12/16/25, 8:44 PM
Case: 1:25-cv-15483 Document #: 16-6 Filed: 12/22/25 Page 2 of 9 PageID #:324
Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected | CNN Politics

 Politics

Subscribe

**HAPPENING NOW**

President Trump holds a Hanukkah reception at the White House

# Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected

By Rashard Rose and <u>Kate Sullivan</u>, CNN
⏱ 3 min read · Published 1:06 AM EDT, Thu October 3, 2024





A man walks through downtown Springfield, Ohio, on September 16. Jessie Wardarski/AP

Protected Status for the Haitian migrants in Springfield, Ohio, and deport them if he is reelected in November.

"You have to remove the people, and you have to bring them back to their own country. They are, in my opinion, it's not legal," Trump said in an interview with NewsNation.

Trump, asked if he would revoke the migrants' Temporary Protected Status, said, "Absolutely. I'd revoke it, and I'd bring them back to their country."

The former president and his allies have continued to spread misinformation about Haitian migrants in the city of Springfield.

Many Haitians came into the country under a Biden-Harris administration parole program that gives permission to enter to vetted participants with US sponsors. And many have "Temporary Protected Status," as CNN has previously reported, which shields them from deportation and allows them to live and work in the country for a limited period of time.

Some received that protection after the Biden-Harris administration expanded the number of Haitians eligible in June. Others have been living in the US with Temporary Protected Status since before the Biden-Harris administration.


**RELATED ARTICLE**
Haitians fled their country for peace. Now, many are having it disrupted in Springfield

Trump, pressed in the Wednesday interview on what would happen if Haiti refused to receive them, said: "They will," without providing additional details.

"Well, they're going to receive them, they'll receive them. If I bring them back, they're going to receive them," Trump said.

During the Trump administration, the Department of Homeland Security was aggressive in ending a number of temporary protected status designations that had been on the books, in some cases, for decades.

Trump in recent weeks has spread debunked conspiracy theories about Haitian migrants eating pets in Springfield, including at last month's presidential debate, as part of his efforts to stoke fears about immigrants and push his hardline immigration policy proposals, including mass deportations.

12/16/25, 8:44 PM                    Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected | CNN Politics

Case: 1:25-cv-15483 Document #: 16-6 Filed: 12/22/25 Page 4 of 9 PageID #:326

deportations.

From the September 10 debate through September 20, Springfield received more than 35 threats of violence, including bomb threats, according to Springfield Mayor Rob Rue. The threats prompted evacuations of elementary schools and supermarkets, lockdowns of hospitals and a transition to remote learning at several local colleges.

Rue, Ohio Republican Gov. Mike DeWine and other local officials have decried the rumors as false and destructive to the community. A staffer for Sen. JD Vance, Trump's running mate who helped to propel the misinformation, was told early last month by Springfield City Manager Bryan Heck that "there was no verifiable evidence or reports to show" that the rumors are true, CNN reported.

The city of Springfield notes on its website that approximately 12,000 to 15,000 immigrants live in Clark County — which has a population of roughly 136,000 — and that Haitian immigrants are there legally.

Haitian workers play a significant role in Springfield's economy, filling much-needed jobs, the city has said. DeWine has acknowledged the city was having some issues adjusting to the influx of mostly Haitian immigrants, but he said in an interview last month they were working to deal with the issues and called the Haitian immigrants "positive influences" on the community.

*CNN's Jack Forrest, Daniel Dale, Danya Gainor, Catherine E. Shoichet, Elizabeth Wolfe, Melissa Alonso, Jeff Winter and Chelsea Bailey contributed to this report.*

## Up next

Trump expands travel ban list to 39 countries
3 minute read



Almost eight years later, Trump confirms he used the phrase 'shithole countries'
3 minute read



Trump administration takes its economic message to Pennsylvania again as Vance heads to swing state
5 minute read



South Africa briefly held US government personnel on refugee



Case: 1:25-cv-15483 Document #: 16-6 Filed: 12/22/25 Page 5 of 9 PageID #:327

assignment amid fraught relationship

3 minute read



## Most read

**1**    Trump chief of staff Susie Wiles says president 'has an alcoholic's personality' and much more in candid interviews

**2**    Trump's reaction to Reiner's murder is indefensible — but America has been here before

**3**    6 takeaways from Trump chief of staff Susie Wiles' unvarnished interviews

### MORE FROM CNN


Trump expands travel ban list to 39 countries


Almost eight years later, Trump confirms he used the phrase …


Trump administration takes its economic message to …

### NEWS & BUZZ


Trump chief of staff Susie Wiles says president 'has an alcoholic's …


Trump's reaction to Reiner's murder is indefensible — but America has …


6 takeaways from

12/16/25, 8:44 PM
Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield | CNN Politics
Case: 1:25-cv-15483 Document #: 16-6 Filed: 12/22/25 Page 6 of 9 PageID #:328



Trump chief of staff Susie Wiles' unvarnished ...

Search CNN...

Subscribe

Sign in

Listen

Watch

US

World

Politics

Business

Markets

Health

CNN Underscored

Entertainment

Tech

Style

Travel

Sports

Science

Climate

12/16/25, 8:44 PM Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield | CNN Politics

Case: 1:25-cv-15483 Document #: 16-6 Filed: 12/22/25 Page 7 of 9 PageID #:329

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

Games

About CNN

Politics

**FOLLOW CNN POLITICS**

   

**DOWNLOAD THE CNN APP**

 

Terms of Use   Privacy Policy   Manage Cookies   Ad Choices   Accessibility & CC   About   Subscribe   Newsletters

Transcripts   Help Center

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

12/16/25, 8:44 PM
Case: 1:25-cv-15483 Document #: 16-6 Filed: 12/22/25 Page 8 of 9 PageID #:330
Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected | CNN Politics

12/16/25, 8:44 PM Trump says he would revoke Temporary Protected Status for Haitian migrants in Springfield if elected | CNN Politics

Case: 1:25-cv-15483 Document #: 16-6 Filed: 12/22/25 Page 9 of 9 PageID #:331