# Exhibit 9


U.S. Department of Homeland Security

# Secretary Noem Rescinds Previous Administration's Extension of Haiti's Temporary Protected Status

**Release Date:** February 20, 2025

*"President Trump and I are returning TPS to its original status: temporary." - Secretary Noem*

WASHINGTON – Today, Secretary Noem vacated a decision by the previous administration to extend Haiti's Temporary Protect Status (TPS) by 18 months. As part of this move, Haiti's TPS will end on August 3, 2025, unless extended. This is part of President Trump's promise to rescind policies that were magnets for illegal immigration and inconsistent with the law.

TPS is a type of immigration status available to nationals of certain designated countries that allows aliens, **even if they entered the country illegally**, the ability to reside **temporarily** in the U.S. The Secretary of Homeland Security is authorized to designate a foreign country for TPS if there is an ongoing armed conflict, an environmental disaster, or extraordinary and temporary conditions.

For decades the TPS system has been exploited and abused. For example, Haiti has been designated for TPS since 2010. The data shows each extension of the country's TPS designation allowed more Haitian nationals, even those who entered the U.S. illegally, to qualify for legal protected status.

In May of 2011, DHS estimated that **57,000** Haitians were eligible to register for TPS. In August 2021, DHS estimated that **155,000** Haitians were eligible under the new designation. And by July 2024, the estimate skyrocketed to **520,694**.

A statement from a DHS spokeswoman:

*"Biden and Mayorkas attempted to tie the hands of the Trump administration by extending Haiti's Temporary Protected Status by 18 months—far longer than justified or necessary.*

*"We are returning integrity to the TPS system, which has been abused and exploited by illegal aliens for decades. President Trump and Secretary Noem are returning TPS to its original status: temporary."*

Last month, Secretary Noem similarly rescinded the previous administration's Venezuela TPS extension.

## Topics

BORDER SECURITY (/TOPICS/BORDER-SECURITY)   SECRETARY OF HOMELAND SECURITY (/TOPICS/SECRETARY-HOMELAND-SECURITY)

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

BORDER SECURITY (/KEYWORDS/BORDER-SECURITY)   IMMIGRATION (/KEYWORDS/IMMIGRATION)   SECRETARY KRISTI NOEM (/KEYWORDS/SECRETARY-KRISTI-NOEM)

Last Updated: 03/21/2025