# Exhibit 11

# Cameroon Travel Advisory

Travel Advisory
December 18, 2024

Cameroon - Level 2: Exercise Increased Caution



*Updated to reflect the addition of health and civil unrest indicators.*

Exercise increased caution in Cameroon due to **armed violence, civil unrest, crime, health, kidnapping**, and **terrorism**. Some areas have increased risk. Read the entire Travel Advisory.

**Do Not Travel to:**

- Northwest and Southwest Regions due to **armed violence, crime**, and **kidnapping**.
- North Region and parts of East and Adamawa Regions due to **crime** and **kidnapping.**
- Far North Region due to **crime, kidnapping,** and **terrorism.**

**Country Summary:** Violent crime, kidnapping for ransom, armed robbery, and carjacking, is common throughout Cameroon, especially in the regions listed above. Local police lack the resources to respond effectively to serious criminal incidents.

Civil unrest is common, with the potential for political violence.

Access to health care is limited.

The U.S. government has limited ability to provide emergency services to U.S. citizens in North, Far North, Northwest, Southwest, and parts of Adamawa and East Regions of Cameroon due to current official travel restrictions..

Read the [Country Information Page](#) for additional information on travel to Cameroon.

If you decide to travel to Cameroon:

- Do not display signs of wealth, such as expensive watches, handbags, or jewelry.
- Monitor local media for breaking events and be prepared to adjust your plans.
- Enroll in the Smart Traveler Enrollment Program (STEP) to receive important information from the Embassy about safety conditions in your destination country, help the Embassy contact you in an emergency, and help family and friends get in touch with you in an emergency.
- Follow the Department of State on Facebook and X/Twitter.
- Review the Country Security Report for Cameroon.
- Prepare a contingency plan for emergency situations.  Review the Traveler's Checklist.
- Visit the CDC page for the latest Travel Health Information related to your travel.

### North, Far North, Northwest, and Southwest Regions, and parts of East and Adamawa Regions – Level 4: Do Not Travel

Violent crime, including kidnapping for ransom, armed robbery, assault, and carjacking is a serious concern in Cameroon, especially in these areas.

In the Adamawa Region north of the capital, Ngaoundere, and East Region, there is a heightened criminal threat within 20 kilometers of the border with the Central African Republic.

Visit our website for Travel to High-Risk Areas.

### Far North Region– Level 4: Do Not Travel

In the Far North Region, terrorists may attack with no warning, targeting local facilities and places frequented by Westerners.

Visit our website for Travel to High-Risk Areas.

### Northwest and Southwest Regions – Level 4: Do Not Travel

Travel

In Northwest and Southwest Regions, armed clashes between separatists and government forces, and other acts of violence, including violent criminality, kidnapping for ransom, sexual assault, arson, roadside ambushes and robberies, use of improvised explosive devices, illegitimate detentions, and murder have occurred. Security force operations, curfews and movement restrictions, and attacks by armed militants can take place at any time throughout these regions, including in urban areas. Ongoing violence has led to a breakdown in order and a significant decline in public services, including medical resources in large areas of both regions.

Visit our website for [Travel to High-Risk Areas](#).