# Exhibit 12

# Nepal Travel Advisory



Travel Advisory
September 11, 2025

Nepal - Level 3: Reconsider Travel

Reconsider travel to Nepal due to **civil unrest.**

## Advisory summary

Large protests and significant demonstrations in Nepal on September 8-9, 2025, turned violent.

- These events caused deaths and injuries. Local authorities have declared curfews in major cities like Kathmandu and Pokhara.
- Additional protests and curfews could happen with little warning.
- Follow local authorities' instructions. Stay away from areas with protests, unrest, or large gatherings.

## Emergency services

Emergency services in Nepal have limited ability to respond to personal emergencies. Their response may be delayed. Some hotels in Kathmandu and Pokhara were set on fire during the unrest.

- Check with your hotel, airline, or tour operator for the latest updates before traveling.
- Make sure to confirm your travel plans with your airline before departing for the airport.

## U.S. citizens with emergencies:

- Dial 888-407-4747 from the United States.
- Dial 202-501-4444 from Nepal or abroad.
- Email: KathmanduACS@state.gov

The U.S. government has limited ability to provide emergency services to U.S. citizens in Nepal.

- **If you decide to travel to Nepal:** Have a plan

- **If you decide to travel to Nepal:** Have a plan to leave in an emergency that does not depend on U.S. government help. Review our information on Crisis and Evacuations.

- Check local media for breaking news. Be prepared to adjust your plans.

- Prepare to evacuate hotels at a moment's notice.

- Follow the instructions of local authorities.

- Avoid demonstrations and crowds.

- Enroll in the Smart Traveler Enrollment Program (STEP) to get important updates and alerts from the U.S. embassy or consulate. Enrolling helps the U.S. embassy or consulate contact you or your emergency contact in an emergency.

- Review the Country Security Report for Nepal.

- Whether you're a first time or frequent traveler, use the International Travel Checklist.

- We highly recommend that you buy travel insurance before you travel. Check with your travel insurance provider about evacuation assistance, medical insurance, and trip cancelation coverage.

- Review our information on Travel to High-Risk Areas.