# Exhibit 13

# Haiti Travel Advisory



| Travel Advisory | Haiti - Level 4: Do Not Travel | T U H K C |
|---|---|---|
| July 15, 2025 | | |

**Reissued after addition of terrorism indicator.**

Do not travel to Haiti due to **kidnapping, crime, terrorist activity, civil unrest**, and **limited health care**. Read the entire Travel Advisory.

**Country Summary:** In July 2023, the Department of State ordered nonemergency U.S. government employees and their family members to leave the country due to security risks.

Haiti has been under a State of Emergency since March 2024. Crimes involving firearms are common in Haiti. They include robbery, carjackings, sexual assault, and kidnappings for ransom. Do not travel to Haiti for any reason.

**Kidnapping**

Kidnapping is widespread. U.S. citizens have been victims and have been hurt or killed. Kidnappers may:

- Plan with precision or target victims during unexpected times.
- Target and attack convoys.
- Demand ransoms. U.S. victims' families have paid tens to hundreds of thousands of dollars to rescue their family members.

**Demonstrations**

Protests, demonstrations, and roadblocks are common and unpredictable. They often damage or destroy infrastructure and can become violent. Mob killings and public assaults are on the rise. People are targeting those they think have committed crimes.

**Toussaint Louverture International Airport**

Exchanges of gunfire with criminal gangs, organized crime, and terrorists have occurred in the neighborhood just outside the Port-au-Prince International Airport (PAP). Travelers are sometimes followed and violently attacked and robbed shortly after leaving the airport, or while entering or leaving hotels in Port-au-Prince. U.S. commercial flights do not currently operate to and from Port-au-Prince. The Federal Aviation Administration (FAA) issued a Notice to Airmen (NOTAM) prohibiting U.S. air carrier flights to Port-au-Prince due to the ongoing instability. Please check FAA's [website](#) for more information.

## Crime and Terrorism

There is widespread violent crime and organized crime in the country, and local law enforcement has limited ability to respond to serious crimes. Violent crime is rampant in Haiti, especially in Port-au-Prince, where the expansion of gang, organized crime, and terrorist activity has led to widespread violence, kidnappings, and sexual assault. The escalation of clashes between armed groups has led to a rise in sporadic gunfire incidents. There is a substantial risk of being struck by stray bullets, even for individuals not directly involved in the violence.

There is risk of terrorist violence, including attacks and other violent gang activity in Haiti. There are gangs that are designated as terrorist organizations present in Haiti.

## Transportation and Travel

Do not cross the border by land between Haiti and the Dominican Republic. There is a risk of kidnapping and violence. These dangers are present on roads from major Haitian cities to the border. The U.S. Embassy cannot help you enter the Dominican Republic by air, land, or sea. U.S. citizens who cross into the Dominican Republic at an unofficial crossing may face high immigration fines when they try to leave.

The U.S. Coast Guard has concerns about security in the ports of Haiti. Until those are addressed, the Coast Guard advises mariners and passengers traveling through the ports of Haiti to exercise caution.

through the ports of Haiti to exercise caution.

## Limited Emergency Response

The U.S. government is very limited in its ability to help U.S. citizens in Haiti. Local police and first responders often do not have enough resources. This limits their ability to respond to emergencies or serious crimes. Shortages of gasoline, electricity, medicine, and medical supplies are common throughout the country. Public and private clinics, as well as hospitals, have untrained staff and lack basic resources. Medical providers almost always require upfront payment in cash.

U.S. government employees must follow a nightly curfew. Families of Embassy personnel are not allowed to accompany them on their assignment. Embassy personnel cannot travel by foot in Port-au-Prince. U.S. government employees working in Haiti must obtain special permission to travel outside the embassy compound due to security risks. They are also prohibited from:

- Using any kind of public transportation or taxis.
- Visiting banks and using ATMs.
- Driving at night.
- Traveling anywhere after dark.

Read the country information page for additional information on travel to Haiti.

If you decide to travel to Haiti:

- Avoid demonstrations and crowds.
- Check local media for breaking events. Be prepared to adjust your plans.
- Arrange airport transfers and hotels in advance, or have your host meet you upon arrival.
- Keep travel documents up to date and easily accessible.
- Have evacuation plans that do not rely on

- U.S. government assistance.
- Bring enough supply of over the counter and prescription medicines.
- If you are being followed as you leave the airport, drive to the nearest police station immediately.
- Develop a communication plan with family or your employer or host organization (if you are traveling on business). This is so they can monitor your safety and location as you travel through high-risk areas. Specify how you will confirm you are safe (text, calls, etc.), how often, and who you will contact first to share the information.
- Choose one family member to serve as the point of contact. They will communicate with kidnappers or hostage-takers, media, U.S. and host country government agencies, and members of Congress if you are kidnapped or taken hostage.
- Establish a proof of life protocol with your loved ones. This is so that if you are taken hostage, your loved ones can know specific questions (and answers) to ask the hostage-takers to be sure that you are alive (and to rule out a hoax).
- Draft a will and designate appropriate insurance beneficiaries and/or power of attorney, put your financial affairs in order.
- Discuss a plan with loved ones regarding care/custody of children, pets, property, belongings, non-liquid assets (collections, artwork, etc.), funeral wishes, etc.
- Leave DNA samples with your medical provider in case it is necessary for your family to access them.
- Travel by vehicle to reduce walking in public.
- Travel in groups or at least do not travel alone.
- Always keep vehicle doors locked, and windows closed when driving. Roadblocks

windows closed when driving. Roadblocks may be operated by gangs, members of organized crime, or terrorists seeking money and may turn violent.

- Be cautious and alert. This is especially important when driving through markets and other crowded areas.
- Do not physically resist any robbery attempt.
- Visit our website for [Travel to High-Risk Areas](#).
- Enroll in the [Smart Traveler Enrollment Program (STEP)](#) to receive messages and alerts from the U.S. Embassy and make it easier to locate you in an emergency.
- Review the [Country Security Report](#) on Haiti.
- Prepare a plan for emergency situations. Review the [Traveler's Checklist](#).
- Visit the [CDC](#)'s page for the latest Travel Health Information related to your travel and return to the United States.
- We highly recommend that you buy insurance before you travel. Check with your [travel insurance provider](#) about evacuation assistance, medical insurance, and trip cancellation coverage.
- Follow the Department of State on [Facebook](#) and [X](#).
- Review the [Country Security Report](#) on Haiti.
- Visit our website for [Travel to High-Risk Areas](#).