# Exhibit 14

# Honduras Travel Advisory

| Travel Advisory December 10, 2024 | Honduras - Level 3: Reconsider Travel |  |
|---|---|---|

*Reconsider travel to Honduras due to* **crime**. *Read the entire Travel Advisory.*

Do not travel to:

- Gracias a Dios Department, most eastern department, due to **crime**.

**Country Summary**: Violent crime, such as homicide, armed robbery, and kidnapping, remains common. Violent gang activity, such as extortion, violent street crime, rape, narcotics, and human trafficking, is widespread. Local authorities may lack sufficient resources to respond effectively to serious crime incidents. Around resort areas in the Bay Islands, which include Roatan, Utila, and Guanaja, there is a concentration of resources, and these areas are better policed.

Demonstrations occur regularly throughout the country and can be about a variety of political or economic issues. Protests, demonstrations, tire burnings, and roadblocks are frequent, unpredictable, and can turn violent. They can shutdown roads and highways, often without prior notice or estimated reopening timelines.

In December 2022, the Government of Honduras declared a "State of Exception" in response to high levels of extortion and other crimes. The declaration remains in effect and has been modified to include more cities. It allows the police to suspend constitutional rights in 226 of the country's 298 municipalities.

The Honduran Ministry of Health declared in June 2024 a national emergency in Honduras due to an increase in dengue cases. The Ministry of Health has carried out dengue prevention, control, and surveillance activities, along with the promotion of preventive

measures through the media and educational campaigns. It also carried out clean-up operations and campaigns, including the use of chemical and biological agents for vector control.

Please review the U.S. Centers for Disease Control and Prevention (CDC) website and CDC Global Dengue for further information.

Read the country information page for additional information on travel to Honduras.

If you decide to travel to Honduras:

- Avoid demonstrations.
- Be aware of your surroundings.
- Avoid walking or driving at night.
- Do not physically resist any robbery attempt.
- Be extra vigilant when visiting banks or ATMs.
- Do not display signs of wealth, such as wearing expensive watches or jewelry.
- Do not take public transportation, including white car taxis. U.S. government personnel and their family members are prohibited from using these forms of transportation.
- Monitor local media for breaking events and be prepared to adjust your plans.
- Visit our website for Travel to High-Risk Areas.
- Enroll in the Smart Traveler Enrollment Program (STEP) to receive Alerts and make it easier to locate you in an emergency.
- Follow the Department of State on Facebook and X/Twitter.
- Review the Country Security Report for Honduras.
- Prepare a contingency plan for emergency situations. Review the Traveler's Checklist.
- Visit the CDC page for the latest Travel Health Information related to your travel.

### Gracias a Dios Department – Level 4: Do Not Travel

U.S. government personnel and family members are restricted from traveling to Gracias a Dios, the most eastern department. The department is an isolated region with high levels of criminal activity. Narcotics trafficking is widespread, and large portions of the department are particularly vulnerable to drug trafficking organizations. Infrastructure is weak, government services are limited, and police and military presence is scarce.

Visit our website for [Travel to High-Risk Areas](#)