# Exhibit 15

# Nicaragua Travel Advisory

| Travel Advisory<br>December 13, 2024 | Nicaragua - Level 3: Reconsider Travel |  |
|---|---|---|

*Reissued with updates to information on arbitrary enforcement of laws.*

Reconsider travel to Nicaragua due to **arbitrary enforcement of laws, the risk of wrongful detention, and limited healthcare availability**. Exercise increased caution in Nicaragua due to **crime**.

**Country Summary:** The Government of Nicaragua targets individuals and organizations for political purposes. These include:

- NGO workers,
- Academics and students,
- Business representatives,
- Civil society leaders,
- Religious and charity workers (including foreign missionaries),
- Journalists,
- And many others.

In the past year, the Government of Nicaragua has subjected U.S. citizens to arbitrary entry and exit bans, expulsions, arrests, revocations of Nicaraguan citizenship, and other actions.

The Government of Nicaragua may:

- Arbitrarily deny entry or re-entry to Nicaragua or departure from Nicaragua to U.S. citizens and Nicaraguan citizens. This includes entry by air or land. Travel refunds are NOT provided in these cases. Denials and exit bans can occur for political reasons. This includes perceived support for or association with those the government disfavors. **The government is not required to provide a basis**

government is not required to provide a basis for its denial.

- Search personal phones, computers, social media accounts, and documents for anti-government content.

- Limit photography.

- Seize personal devices.

- Target individuals for political reasons, regardless of nationality. These can include former allies, political activists, business representatives, religious and charity groups, clergy, missionaries, human rights advocates, civil society leaders, academics, and journalists.

- Target pro-democracy advocates and their family members.

- Confiscate privately-owned land, residences, financial assets, or personal property. They may do this without warning or due process.

- Arbitrarily detain, accuse, and charge individuals with terrorism, money laundering, or organized crime offenses. They may do this without fair or transparent processes.

**The Department has determined there is a risk of wrongful detention of U.S. nationals by the Government of Nicaragua.** U.S. citizens should reconsider travel to Nicaragua, including to work for or volunteer with non-profits or religious organizations. Since 2018, the Government of Nicaragua has closed more than 5,300 civil society organizations, including religious organizations. Nicaraguan security services have arrested U.S. citizens on false charges. This includes dual U.S.-Nicaraguan citizens. Those arrested can be denied fair and transparent treatment. Convictions routinely occur in non-public trials without adequate defense or credible evidence. Nicaraguan authorities also arbitrarily enforce laws against U.S. citizen religious workers. Nicaraguan authorities have conducted questionable criminal investigations against U.S. citizens engaged in religious activity. U.S. citizens arrested in Nicaragua may be detained for long periods without charges. Judicial processes often

lack transparency. This is especially true in politically motivated arrests and property disputes. Political objectives and pressure may affect the willingness of a local attorney to assist and impact the outcomes of legal processes. Prison conditions can be harsh and life-threatening.

Managua has a sole private hospital that is JCAHO (Joint Commission on Accreditation of Healthcare Organizations) accredited and certified, with labs and radiology services available, though it has a very limited number of specialists for acute emergencies. Medical services outside Managua are limited, including for victims of crime. Government hospitals are understaffed and some hospitals throughout the country may not be able to assist in emergencies. Tap water is not reliably potable. Drink only purified bottled water.

Travelers should exercise increased caution and remain alert to the risks of crime. These include violent crimes such as sexual assault and armed robbery.

Poor infrastructure can limit the Embassy's emergency assistance to U.S. citizens. Travel by U.S. government personnel may be restricted at any time.

Read the country information page for additional information on travel to Nicaragua.

If you decide to travel to Nicaragua:

- Consider arrangements to depart the country quickly.
- Ensure your U.S. passport is valid for your entire stay.
- Avoid demonstrations and restrict unnecessary travel.
- Do not attempt to drive through crowds, barricades, or roadblocks.
- Maintain adequate supplies of food, cash, potable water, and fuel in case you need to shelter in place.
- Use caution when walking or driving at night.

- Use caution when walking or driving at night.
- Keep a low profile.
- Do not display signs of wealth such as expensive watches or jewelry.
- Remain aware of your surroundings.
- Develop a communication plan with family and/or your employer or host organization.
- Be prepared for the high risk of indefinite arbitrary detention on false charges without consular access.
- Visit our website for [Travel to High-Risk Areas](#).
- Enroll in the [Smart Traveler Enrollment Program](#) ([STEP](#)) to receive Alerts and make it easier to locate you in an emergency.
- Follow the Department of State on [Facebook](#) and [X](#) (formerly known as "Twitter").
- Review the [Country Security Report](#) for Nicaragua.
- Prepare a contingency plan for emergency situations. Review the [Traveler's Checklist](#).
- Visit the CDC page for the latest [Travel Health Information](#) related to your travel.