# Exhibit 16

# Venezuela Travel Advisory

| Travel Advisory December 3, 2025 | Venezuela - Level 4: Do Not Travel |  |
|---|---|---|

*Reissued December 3, 2025 after review with no edits.*

**Do not travel to or remain in Venezuela due to the high risk of wrongful detention, torture in detention, terrorism, kidnapping, arbitrary enforcement of local laws, crime, civil unrest, and poor health infrastructure.** All U.S. citizens and Lawful Permanent Residents in Venezuela are strongly advised to depart immediately.

**Country Summary:** In March 2019, the U.S. Department of State withdrew all diplomatic personnel from U.S. Embassy Caracas and suspended operations. All consular services, routine and emergency, remain suspended until further notice. The U.S. government has no ability to provide emergency services or consular assistance to U.S. citizens in Venezuela. Anyone with U.S. citizenship or any other U.S. residency status in Venezuela should leave the country immediately, including those traveling on Venezuelan or other foreign passports. **Do not travel to Venezuela for any reason.**

The Department has determined there is a very high risk of wrongful detention of U.S. nationals in Venezuela. Security forces have detained U.S. citizens for up to five years without respect for due process. The U.S. government is not generally informed of the detention of U.S. citizens in Venezuela nor is it permitted to visit U.S. national detainees in Venezuela. The U.S. government has no way to contact U.S. nationals detained in Venezuela, and those detained are not allowed to contact family members or independent legal counsel. According to former detainees, as well as independent human rights organizations, detainees have been subjected to torture and cruel, inhumane, or degrading treatment or punishment, including severe beatings, prolonged restraint in stress positions, and waterboarding.

restraint in stress positions, and waterboarding.

Violent crimes, such as homicide, armed robbery, kidnapping, and carjacking, are common in Venezuela. Political rallies and demonstrations occur, often with little notice. Police and security forces have instituted a brutal crackdown on pro-democracy or anti-regime demonstrations, including the use of tear gas, pepper spray, and rubber bullets against participants, which occasionally devolve into looting and vandalism.

Colombian terrorist groups operate in Venezuela's border areas with Colombia, Brazil, and Guyana.

Shortages of gasoline, electricity, water, medicine, and medical supplies continue throughout much of Venezuela.

Read the [country information page](#) for additional information on travel to Venezuela.

If you decide to travel to Venezuela:

- Prepare a will and designate appropriate insurance beneficiaries and/or power of attorney.

- Develop a communication plan with family and/or an employer or host organization. A plan should include a "proof of life" protocol with loved ones so that if you are taken hostage, detained, and/or tortured, your loved ones will know specific questions (and answers) to ask the hostage-takers to confirm you are still alive. This will help expose scam artists who attempt to falsely extort your family members by claiming the ability to have you released.

- Consider hiring a professional security organization.

- Any contingency plans for travel to or from Venezuela should **not** rely on U.S. government assistance.

- The U.S. government **cannot** assist U.S. citizens in Venezuela in replacing lost or expired travel documents or obtaining

- Venezuelan entry or exit stamps.

- The U.S. government will **not** be able to assist should the need for a medical emergency or evacuation arise. U.S. citizens in Venezuela should consider purchasing medical evacuation insurance.

- There is no safe way to travel to Venezuela. Avoid travel to Venezuela via any means, including via land border crossings where even crossing over into Venezuela by a few feet can result in detention. Nighttime travel between cities or between the Maiquetia Simón Bolívar International Airport and Caracas is especially risky. Entering or attempting to enter Venezuela without a valid Venezuelan visa will likely lead to indefinite detention without consular access. Visas are not available upon entry. U.S. citizens in Venezuela face a high risk of indefinite detention without consular access. Visas and residence permits may be canceled at any time without warning, and U.S. citizens holding a valid visa may be arbitrarily detained at any time.

- Department of Transportation Order 2019-5-5, issued in 2019, prohibited all airlines from providing U.S.-Venezuela air services. The Department of Homeland Security requested this action due to risks to civil aviation security in Venezuelan airspace. For more information regarding airspace safety, U.S. citizens should consult the [Federal Aviation Administration's Prohibitions, Restrictions and Notices](#).

- Travelers face increased risk using unregulated taxis from the Maiquetia Simón Bolívar International Airport and using ATMs in the area.

- Over the counter and prescription medicines are unlikely to be available to U.S. citizens in Venezuela. Bring enough supplies of over the counter and prescription medicines to last your entire stay in Venezuela.

- Access to medical care in Venezuela is limited. Facilities may not have adequate supplies of basic medications.

- Update [vaccinations](#) to include all up-to-date standard vaccinations, plus Yellow Fever, Meningitis, Typhoid, Hepatitis A, Hepatitis B, and a Polio booster. All visitors should take Malaria prophylaxis. Venezuela is high risk for Malaria.

- Visit our website for [Travel to High-Risk Areas](#).

- Enroll in the [Smart Traveler Enrollment Program (STEP)](#) to receive Alerts.

- Review the [Country Security Report](#) for Venezuela.

- Visit the CDC page for the latest [Travel Health Information](#) related to your travel.

We highly recommend that you buy travel insurance before you travel. Check with your [travel insurance provider](#) about evacuation assistance, medical insurance, and trip cancelation coverage.