# Exhibit 17

# Syria Travel Advisory

Travel Advisory
December 11, 2025

Syria - Level 4: Do Not Travel



*There were no changes to the advisory level or risk indicators. Advisory summary was updated.*

**Do not travel** to Syria for any reason due to the risk of terrorism, civil unrest, kidnapping, hostage taking, crime, and armed conflict.

Advisory Summary

**Do not travel to Syria for any reason.**
The U.S. government suspended U.S. Embassy operations in 2012. The Czech Republic is the protecting power for the United States in Syria. The U.S. government cannot offer emergency or routine consular services to U.S. citizens in Syria due to the safety risks.

**Armed conflict**
Syria has experienced active armed conflict since 2011. No part of Syria is safe from violence. Hostage taking, terrorism, unexploded ordnance, and aerial bombardment pose significant risk of death or serious injury. The destruction of infrastructure, housing, medical facilities, schools, and power and water utilities has also increased hardships in Syria.

The U.S. government strongly warns private U.S. citizens against traveling to Syria to engage in armed conflict. The U.S. government does not support this activity. U.S. citizens who undertake such activity face extreme personal risks, including being taken hostage, injury, or death.

**Terrorism**
There is risk of terrorist violence in Syria. Visit the U.S. Department of State's [country reports on terrorism](#) to learn more.

- Bombings, improvised explosive devices (IEDs), and assassinations remain a threat in

(IEDs), and assassinations remain a threat in parts of Syria.

- Providing material support or resources to designated foreign terrorist organizations, including ISIS and al-Qa'ida (AQ) affiliates, is a **crime under U.S. law** that can result in prison time and large fines.

### Hostage taking

Hostage taking of U.S. citizens and other foreign nationals continues to be a risk throughout the country.

- Detainees may lack access to fair judicial process or medical attention.
- Detention centers can be harsh and unsanitary.
- You can be detained if you do not get your entry visa directly from the Syrian government.

### Air travel

The Federal Aviation Administration (FAA) has issued a Notice to Airmen (NOTAM) and a Special Federal Aviation Regulation (SFAR). This is due to risks to civil aviation operating within or nearby Syria.

- For more information, U.S. citizens should consult the Federal Aviation Administration's Prohibitions, Restrictions and Notices.
- Review our Travel Guidance for additional information on Syria, including alerts related to the closure of airspace.

### Maritime travel

The U.S. Coast Guard determined Syrian ports do not have effective anti-terrorism measures. Vessels that arrive in U.S. ports from Syrian ports must meet additional U.S. Coast Guard conditions of entry as described in the current Port Security Advisory, International Port Security Program - Port Security Advisory.

Mariners and passengers traveling through Syrian

ports should be careful and use strong security measures.

### Czech Protecting Power in Damascus

The U.S. government suspended U.S. Embassy operations in 2012. The Czech Republic serves as the protecting power for the United States in Syria.

The Czech Protecting Power provides only emergency services to U.S. citizens, including:

- Acceptance of applications for emergency passports
- Consular Report of Death Abroad (CRODA) applications
- Emergency financial assistance
- Assistance to detained U.S. nationals
- Welfare and whereabouts checks for U.S. citizens when security conditions permit

For routine consular services, including applying for a full-validity U.S. passport or Consular Report of Birth Abroad (CRBA), and notarial services, U.S. citizens must visit a U.S. embassy or consulate outside Syria or return to the United States.

### For U.S. citizens in Syria:

- Enroll in the [Smart Traveler Enrollment Program (STEP)](#) to get important updates and alerts,
- Review our information on [Terrorism](#) and [Travel to High Risk Areas](#).
- There is risk of terrorist violence, including terrorist attacks and other activity in Syria. Visit the U.S. Department of State's [country reports on terrorism](#) to learn more.
- Review our information on [U.S. Citizens Missing Abroad](#), for [Crime Abroad](#), and for [Victims of Crime.](#)
- Have a plan to depart in an emergency that does not depend on U.S. government help. Review our information on Crisis and

Evacuations.

- Prepare a will and designate appropriate insurance beneficiaries or power of attorney.
- Keep travel documents up to date and easily accessible.
- Familiarize yourself with and respect local laws and customs. Foreign travelers may face increased risk of detention and harassment.
- Establish a proof of life protocol with your loved ones. If you are taken hostage, your loved ones will know specific questions (and answers) to ask the hostage-takers to confirm that you are being held captive and alive.
- Leave DNA samples with your medical provider in case it is necessary for your loved ones to access them for identification purposes.
- Share important documents, login information, and points of contact with loved ones. This helps them manage your affairs if you cannot return to the United States.
- Check local media for breaking news. Be prepared to adjust your plans.
- Develop a communication plan with family, your employer, or host organization. This helps them monitor your safety and location as you travel through high-risk areas. Specify how you'll confirm you're safe (text, calls, etc.), how often, and who you'll contact first to share the information. Avoid demonstrations and crowds.
- Visit the Centers for Disease Control and Prevention (CDC) website for the latest Travel Health Information for Syria.
- Be aware of possible online dating scams, either for potential financial theft or physical harm.
- Whether you're a first time or frequent traveler, use the International Travel

Checklist.

- We highly recommend that you buy insurance before you travel. Check with your travel insurance provider about evacuation assistance, medical insurance, and trip cancellation coverage.