# Exhibit 42

Exhibit 7

| From: | Kim, Ted H <Redacted PII |
|---|---|
| Sent: | Tuesday, January 28, 2025 12:42 PM |
| To: | Edlow, Joseph B <Redacted PII |
| Subject: | Venezuela country conditions |
| Attach: | Relevant quotes from updated Venezuela COI sources (012825)_positive improvements highlighted.docx |

I asked the team to focus on any improvements in Venezuela since our last research paper was submitted to OP&S for TPS purposes in August 2024.
I highlighted 7 excerpts that support some improvements in Venezuela during that stretch.

_____

Ted Kim
Associate Director
Refugee, Asylum & International Operations
USCIS/DHS

CONFIDENTIAL