# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Aung Doe, et al.

                      Plaintiff,

v.                                              Case No.: 1:25−cv−15483
                                                     Honorable Matthew F. Kennelly

Kristi Noem, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to proceed under pseudonyms and to maintain the civil cover sheet under seal is granted [13]. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.