**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aung Doe, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:25−cv−15483
                                                            Honorable Matthew F. Kennelly

Kristi Noem, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion
hearing held on 6/17/2026. Defendants' motion to stay [78] is taken under advisement.
The case is set for a telephonic status hearing on 7/1/2026 at 9:00 a.m. The following
call−in number will be used for the hearing: 650−479−3207; access code
2305−915−8729. Any reply by the defendants to the motion to stay is due no later than
noon on 6/22/2026. The telephonic status hearing set for 6/30/2026 is vacated. Persons
granted remote access to proceedings are reminded of the general prohibition against
photographing, recording, and rebroadcasting of court proceedings. Violation of these
prohibitions may result in sanctions, including removal of court issued media credentials,
restricted entry to future hearings, denial of entry to future hearings, or any other sanctions
deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.