## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Aung Doe, et al.

                          Plaintiff,

v.                                                    Case No.: 1:25−cv−15483
                                                      Honorable Matthew F. Kennelly

Kristi Noem, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 25, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly In light of the Supreme Court's decision today in *Mullin v. Doe*, No. 25−1083, 609 U.S. __ (2026), the defendants' motion to stay proceedings [78] is denied as moot. This Court would like the parties' views on how, if at all, the decision affects the pending motion to compel (etc.) [75]. The defendants' brief, limited to 8 pages, is to be filed on 7/1/2026. The plaintiffs' response brief, limited to the same number of pages, is due on 7/7/2026. The telephonic hearing set for 7/1/2026 is vacated and reset to 7/14/2026 at 9:10 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.