# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Aung Doe, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:25−cv−15483
                                                        Honorable Matthew F. Kennelly

Department of Homeland Security, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 7/17/2026. Plaintiffs' motion for administrative stay [92] is granted. The case is stayed until 8/7/2026. The parties are to send a draft order to Judge Kennelly's proposed order email address. The plaintiff's motion for preliminary relief is due on 7/20/2026. The supporting memorandum for the motion for preliminary relief shall not exceed 25 pages. The government's response is due on 7/27/2026 and shall also not exceed 25 pages. The plaintiff's reply is due on 7/30/2026. The case is set for an in−person oral argument hearing on 8/4/2026 at 10:30 a.m. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.