**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Aung DOE, et al., on their own behalf and on behalf of others similarly situated,<br><br>       *Plaintiffs,*<br><br>    *– versus –*<br><br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, et al.<br><br>       *Defendants.* | Case No. 1:25-cv-15483<br><br>Judge Kennelly |

**ORDER**

Upon consideration of Plaintiffs' Motion for Administrative Stay pending Plaintiffs' forthcoming motion for preliminary relief, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1. The Court concludes that, pursuant to its inherent equitable powers and the All Writs Act, 28 U.S.C. § 1651, an administrative stay to preserve the status quo throughout the consideration of Plaintiffs' forthcoming motion for preliminary relief from the termination of Temporary Protected Status ("TPS") designation for Burma, published November 25, 2025, ("Termination") is warranted.

2. The effective date of implementation and/or enforcement of the Termination is hereby stayed pending resolution of Plaintiffs' forthcoming motion for preliminary relief until August 7, 2026.

3. The Seventh Circuit ordered summary reversal of the Court's postponement order, Dkt. 52, and indicated it will enter its mandate on July 27, 2026. *See Aung Doe v. Mullin*, No. 26-1294,

Dkt. 34 (7th Cir. July 16, 2026). This order is effective immediately upon this Court's receipt of the Seventh Circuit's mandate.

4. Plaintiffs shall file their motion for preliminary relief by Monday, July 20, 2026. The supporting memorandum will not exceed 25 pages. Defendants shall file their opposition brief by Monday, July 27, 2026, not to exceed 25 pages. Plaintiffs shall file their reply brief by Thursday, July 30, 2026, not to exceed 15 pages.

IT IS SO ORDERED.

Dated: 7/19/2026

_____
United States District Judge Matthew Kennelly