**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Aung DOE; Nina DOE; Thura DOE; Khin Thet DOE; Chu Let DOE; and Maung DOE, on their own behalf and on behalf of others similarly situated, | |
| *Plaintiffs*, | Case No. 1:25-cv-15483 |
| *– versus –* | Judge Matthew Kennelly |
| Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA, | |
| *Defendants*. | |

**RENEWED MOTION TO POSTPONE EFFECTIVE DATE OF AGENCY ACTION**

Plaintiffs Aung Doe, Nina Doe, Thura Doe, Khin Thet Doe, Chu Let Doe, and Maung Doe are six Burmese nationals at risk of imminently losing their immigration status due to Defendants' termination of Temporary Protected Status ("TPS") for Burma. On behalf of themselves and a class of other Burmese TPS holders and applicants, Plaintiffs respectfully move pursuant to 5 U.S.C. § 705 of the Administrative Procedure Act to postpone the effective date of Defendants' termination of Burma's TPS, which is currently administratively stayed until August 7, 2026, as a result of this Court's order. Order, Dkt. 97.

In order to safeguard the rights of Plaintiffs and other class members, Plaintiffs respectfully request that the Court issue an order, no later than August 7, 2026, postponing the effective date of Defendants' termination of Burma's TPS. Plaintiffs further request that the postponement remain in effect until the Court resolves whether Defendants' termination of Burma's TPS is

1

unlawful. Absent such an order, Defendants' termination of TPS for Burma will take effect on August 7, 2026.

This Motion is based on Plaintiffs' Memorandum of Law in Support of Renewed Motion to Postpone Agency Action, dated July 20, 2026, and prior filings in this case.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this motion be granted.

Dated: July 20, 2026

Respectfully submitted,

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
*/s/ Dinesh McCoy*
Dinesh McCoy
Phi Nguyen
Razeen Zaman
Helen Anne Schutz Lo
Niji Jain
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
dmccoy@aaldef.org
pnguyen@aaldef.org
rzaman@aaldef.org
alo@aaldef.org
njain@aaldef.org

THE LAW OFFICES OF JUNE J. HTUN
*/s/ June Htun*
June Htun
3643 West Belmont Avenue
Chicago, Illinois 60618
(773) 362-5000
june@htunlaw.com

INTERNATIONAL REFUGEE
ASSISTANCE
   PROJECT
*/s/ Guadalupe Aguirre*
Guadalupe Aguirre
Pedro Sepulveda
One Battery Park Plaza, Fl 33
New York, NY 10004
(929) 246-0154
laguirre@refugeerights.org
psepulveda@refugeerights.org

Megan Hauptman
650 Massachusetts Ave NW
Suite 600
Washington, D.C. 20001
(646) 939-7329
mhauptman@refugeerights.org

*Counsel for Plaintiffs*

2