UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUNG DOE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 25 C 15483 |
| | ) | |
| MARKWAYNE MULLIN, Secretary, | ) | Judge Kennelly |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE MOTION IN EXCESS OF LOCAL RULE 7.1 PAGE LIMIT**

Defendants, by and through their attorney, Andrew S. Boutros, the United States Attorney for the Northern District of Illinois, move for leave to file their Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, up to 25 pages in length, and in support of this motion, state as follows:

1.      On July 14, 2026, plaintiffs filed an amended complaint for an APA action challenging a decision related to plaintiffs' inadmissibility. *See* Dkt. 90. That date makes the government's answer due on July 28, 2026, pursuant to Federal Rule of Civil Procedure 15(a)(3). On July 17, 2026, this court granted the plaintiffs' motion for administrative stay until August 7, 2026. Dkt. 96.

2.      Defendants' brief in support of their anticipated motion to dismiss must address multiple novel issues raised by the amended complaint, including constitutional questions. Local Rule 7.1 provides that briefs should generally be limited to 15 pages. The defendants therefore

seek permission for up to ten additional pages for their memorandum, totaling no more than 25 pages.

3. Defendants' counsel has conferred with counsel for plaintiffs, and they do not oppose this motion. Additionally, counsel for plaintiffs requests a commensurate number of additional pages for their response brief (that is, ten additional pages), which defendants do not oppose.

WHEREFORE, defendants request leave to file a brief, Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, up to 25 pages in length, and if granted, a commensurate number of pages for plaintiffs' response brief.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov