# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 16, 2026

Before

MICHAEL B. BRENNAN, *Chief Judge*
DORIS L. PRYOR, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

|  |  |
|---|---|
| No. 26-1294 | AUNG DOE, et al.,<br><br>        Plaintiffs - Appellees<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>        Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-15483<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The following are before the court:

1. **APPELLANTS' POSITION STATEMENT REGARDING THE SUPREME COURT'S RECENT OPINION**, filed on June 30, 2026, by counsel for the appellants.

2. **PLAINTIFFS-APPELLEES' POSITION STATEMENT CONCERNING MULLIN V. DOE, NO. 25-1083 AND TRUMP V. MIOT, NO. 25-1084**, filed on June 30, 2026, by counsel for the appellees.

3. **APPELLANTS' MOTION FOR SUMMARY REVERSAL OR, ALTERNATIVELY, FOR A STAY OF THE DISTRICT COURT'S POSTPONEMENT ORDER PENDING APPEAL**, filed on July 3, 2026, by counsel for the appellants.

4. **NOTICE OF INTENT TO FILE RESPONSE BRIEF AND REQUEST TO SCHEDULE BRIEFING IN OPPOSITION OF DEFENDANTS-APPELLANTS' MOTION FOR SUMMARY REVERSAL OR, ALTERNATIVELY, FOR A STAY**, filed on July 7, 2026, by counsel for the appellees.

No. 26-1294 Page 2

5. **APPELLANTS' POSITION STATEMENT**, filed on July 13, 2026, by counsel for the appellants.

6. **PLAINTIFFS-APPELLEES' POSITION STATEMENT REGARDING SUMMARY REVERSAL, REMAND, AND OPPOSITION TO THE IMMEDIATE ISSUANCE OF THE MANDATE AND MOTION TO STAY**, filed on July 13, 2026, by counsel for the appellees.

The government appeals the district court's postponement order dated January 23, 2026. The parties agree that the order is abrogated by the Supreme Court's decision in *Mullin v. Doe*, 609 U.S. __, 2026 WL 1825840 (2026), in which the Court held that the statute authorizing Temporary Protected Status precludes judicial review over non-constitutional claims related to that status. *Id.* at *2, *7. Accordingly,

**IT IS ORDERED** that the motion for summary reversal is **GRANTED**. The district court's order is **REVERSED**, and this case is **REMANDED** for further proceedings in light of and consistent with *Mullin*. The mandate shall issue on July 27, 2026.

form name: **c7_Order_3J**   (form ID: **177**)