# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 27, 2026



CERTIFIED COPY

A True Copy

Teste:

_____

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

To:  Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| | |
|---|---|
| | AUNG DOE, et al., <br>          Plaintiffs - Appellees |
| No. 26-1294 | v. |
| | MARKWAYNE MULLIN, et al., <br>          Defendants - Appellants |

**Originating Case Information:**

District Court No: 1:25-cv-15483
Northern District of Illinois, Eastern Division
District Judge Matthew F. Kennelly

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                No record to be returned

form name: **c7_Mandate**     (form ID: **135**)