UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUNG DOE, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 25 C 15483 |
| v. | ) | |
| | ) | Judge Kennelly |
| MARKWAYNE MULLIN, Secretary of | ) | |
| Homeland Security, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION TO DISMISS**

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, respectfully move this court to dismiss this matter for lack of jurisdiction and failure to state a claim. *See* Fed. R. Civ. P. 12(b)(1) & 12(b)(6), respectively. In support of this motion, defendants rely upon the attached memorandum.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov

By: s/ Temilade Oduala
TEMILADE ODUALA
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1998
Temilade.Oduala@usdoj.gov