**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aung Doe, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:25–cv–15483
                                                        Honorable Matthew F. Kennelly

Department of Homeland Security, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

        MINUTE entry before the Honorable Matthew F. Kennelly: The Court advises that the parties' discovery–related motions [75] [108] and defendants' motion to dismiss [109] may be discussed (the motion to dismiss at least preliminarily) at the in–person hearing set for 8/4/2026 at 10:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.