UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUNG DOE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | No. 25 C 15483 |
| v. | ) | |
| | ) | Judge Kennelly |
| KRISTI NOEM, in her official capacity as | ) | |
| Secretary of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Respondents, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District to Illinois, respectfully provide the attached district court decision, which was issued earlier today, as supplemental authority. *African Cmtys. Together v. Mullin*, No. 25-cv-13939, Dkt. No. 122 (D. Mass. Aug. 7, 2026). That decision is pertinent to the pending motion for postponement because it deals with a nearly identical case involving South Sudan's designation for Temporary Protected Status.

More specifically, the court in *African Communities* "conclude[d] that Plaintiffs' proposed new claims would be futile and unlikely to succeed" and thus denied those plaintiffs' motion to amend and renewed motion to postpone. *African Cmtys.*, slip op. at 2. Defendants thus offer this persuasive authority in further support of their opposition to plaintiffs' pending motion. On the ultra vires claim, the *African Communities* court concluded that "the best reading of § 1103 is the one initially espoused by Defendants." *Id.* at 11 (cleaned up). And on the due process claim, the *African Communities* court agreed with the government defendants that such a claim "is closer to a challenge to a generally applicable agency action," rather than "a dispute over individual adjudications subject to the *Mathews v. Eldridge* framework." *Id.* at 13 (cleaned up). Judge Saris also concluded that "the Supreme Court rejected materially identical challenges under the APA,

and Plaintiffs have no liberty or property interests left other than those provided by statute or regulation based on their individual circumstances through other statutory provisions." *Id.* at 14.

Defendants believe the same reasoning should apply in the case at bar.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press

JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov

2