## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division


Aung Doe, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:25−cv−15483
                                                      Honorable Matthew F. Kennelly

Department of Homeland Security, et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Saturday, August 8, 2026:


    MINUTE entry before the Honorable Matthew F. Kennelly: Motion to file supplemental authority [114] is moot. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.