UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUNG DOE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 25 C 15483 |
| | ) | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*, | ) | Judge Kennelly |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District to Illinois, hereby provide notice of the August 17, 2026 filing of the attached combined petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) and for a stay of district court proceedings. The petition before the Seventh Circuit is styled *Mullin v. Doe*, No. 26-8018 (7th Cir.), and the plaintiffs in this matter have been ordered to respond to the petition by August 24, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Joshua S. Press
JOSHUA S. PRESS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7625
joshua.press@usdoj.gov