# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 15, 2026

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 26-8018 | IN RE:<br>MARKWAYNE MULLIN, et al.,<br>Petitioners |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-15483<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on August 17, 2026, by counsel for the petitioners.

2. **MOTION FOR A STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEA**L, filed on August 17, 2026, by counsel for the petitioners.

3. **UNOPPOSED MOTION FOR LEAVE TO FILE DISCLOSURE STATEMENT CONTAINING ACTUAL NAMES OF PLAINTIFFS-APPELLEES UNDER SEAL**, filed on August 24, 2026, by counsel for the respondents.

4. **PLAINTIFFS-APPELLEES' RESPONSE IN OPPOSITION TO DEFENDANTS-APPELLANTS' PETITION FOR PERMISSION TO APPEAL AND FOR A STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL**, filed on August 24, 2026, by counsel for the respondents.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. Because the petitioners are the United States and an officer and agencies, no appellate filing fees are due. The clerk of this court shall enter the appeal on this court's general docket.

**IT IS FURTHER ORDERED** that the motion to file under seal is **GRANTED**. The clerk of this court shall file the tendered disclosure statement under seal (dkt 4-2). This court will provisionally allow respondents to proceed using pseudonyms. The parties shall use the pseudonyms for respondent-appellees' names in any court filings and shall include in any briefs arguments supporting and opposing respondent-appellees' request to use pseudonyms so that the merits panel can resolve this question.