# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 15, 2026

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 26-2885

Caption:
AUNG DOE, et al.,
Plaintiffs - Appellees

v.

MARKWAYNE MULLIN, et al.,
Defendants - Appellants

District Court No: 1:25-cv-15483
District Judge Matthew F. Kennelly
Clerk/Agency Rep Thomas G. Bruton

Date NOA filed in District Court: 09/15/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)