**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Aung DOE; Nina DOE; Thura DOE; Khin Thet DOE; Chu Let DOE; and Maung DOE, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br>*– versus –*<br>Markwayne MULLIN, Secretary, United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-15483<br><br>Judge Matthew F. Kennelly |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO RECONSIDER**

Plaintiffs respectfully request that the Court permit the submission of supplemental briefing to clarify an issue the government raised for the first time at the September 21, 2026, hearing on Plaintiffs' Motion to Consider.

At oral argument, the government's counsel argued that the pending Seventh Circuit divests this Court of jurisdiction to reconsider dismissal of Plaintiffs' bare animus and procedural due process claims. Because the Seventh Circuit did not accept the government's petition for interlocutory appeal until after the parties completed briefing on the motion to reconsider, neither party had previously addressed the impact of the appeal on this Court's jurisdiction. Plaintiffs now seek to supplement their briefing solely to address this jurisdictional question and to notify the Court of persuasive authority on the issue.

Plaintiffs conferred with the government about this motion to supplement on September 28, 2028, and the government does not oppose their request for additional briefing. If the Court grants this motion, Plaintiffs agree to the government also submitting a supplemental brief of the same length on the jurisdictional question.

Plaintiffs submit the proposed supplemental brief as an attachment to this motion.

Dated: September 28, 2026

Respectfully submitted,

ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
*/s/ Phi Nguyen*
Phi Nguyen
Dinesh McCoy
Helen Anne Schutz Lo
Razeen Zaman
Niji Jain
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 922-5932
dmccoy@aaldef.org
pnguyen@aaldef.org
alo@aaldef.org
rzaman@aaldef.org
njain@aaldef.org

THE LAW OFFICES OF JUNE J. HTUN
*/s/ June Htun*
June Htun
3643 West Belmont Avenue
Chicago, Illinois 60618
(773) 362-5000
june@htunlaw.com

INTERNATIONAL REFUGEE ASSISTANCE PROJECT
*/s/ Guadalupe Aguirre*
Guadalupe Aguirre
Pedro Sepulveda
One Battery Park Plaza, Fl 33
New York, NY 10004
(929) 246-0154
laguirre@refugeerights.org
psepulveda@refugeerights.org

Megan Hauptman
650 Massachusetts Ave NW
Suite 600
Washington, D.C. 20001
(646) 939-7329
mhauptman@refugeerights.org

*Counsel for Plaintiffs*